**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GARY BAILEY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 02-1078L** |
| **v.** | ) | |
| | ) | **Honorable Victor J. Wolski** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

On August 10, 2007, the Court issued an Order and Opinion denying Defendant's Motion to Dismiss and granting in part and denying in part Defendant's Motion for Summary Judgment. In the Order and Opinion, the Court directs the parties to "file a joint status report within twenty-eight days of the date of this order suggesting a schedule for further proceedings." Order and Opinion at 53. Accordingly, the parties are currently scheduled to file a joint status report by September 7, 2007. For the reasons set forth fully below, the United States requests a twenty-eight day extension of time, to and including October 5, 2007, in which to file the joint status report.

As the Court is undoubtedly aware, Ms. Elsie Kappler handled all previous pleadings filed and discovery conducted by Defendant in this case. In late May, 2006, while Defendant's Motion to Dismiss and for Summary Judgment was pending, Ms. Kappler left the employ of the Department of Justice. On June 27, 2006, Ms. HelenAnne Listerman filed an appearance on behalf of the United States. Ms. Listerman has also announced that she will be leaving the

Department of Justice's Environment and Natural Resources Division effective September 7, 2007. During the time that Ms. Listerman has been counsel of record, no pleadings were filed nor discovery conducted.

As a result of the departures of prior counsel for Defendant, the case was reassigned to undersigned counsel on Friday, August 24, 2007. Undersigned counsel has had no prior involvement with the case and is currently only minimally familiar with the substantial pleadings filed and discovery conducted[1/] in this case. In addition, undersigned counsel has a long-standing vacation scheduled, which will take him out of the country from Friday afternoon, August 31 through Sunday, September 9, 2007.

Undersigned counsel has spent all available time this week reviewing the case file, but has found that the pleadings and discovery in this case are substantial. In order to meaningfully participate in the preparation of a joint status report that will address future proceedings in this case from both procedural and substantive standpoints, newly assigned counsel requires a short amount of additional time to become conversant on the case. The short extension will allow newly assigned counsel a fair opportunity to become familiar with the facts of the case, the issues raised in the case, and to review the discovery conducted to date. In short, the extension will allow undersigned counsel to meaningfully assist the Court in setting the future course of this case.

The United States has not previously requested an extension of time to file the joint status report at issue in this motion. Moreover, the short extension of time will not prejudice Plaintiff.

---

[1/] Defendant's case file currently contains twelve volumes of pleadings, ten volumes of written discovery, and four volumes of deposition transcripts, along with substantial correspondence and research.

On August 29, 2007, pursuant to RCFC 6.1, undersigned counsel contacted counsel for Plaintiff to determine wether Plaintiff would oppose this short extension of time in light of the personnel departures, the recent assignment of the case to undersigned counsel, and undersigned counsel's long-standing vacation. Counsel for Plaintiff indicated that he was not aware that a joint status report was due on September 7 and that he was, in fact, not aware that the August 10, 2007 Order and Opinion had been issued by the Court. Undersigned counsel immediately provided an electronic copy of the Order and Opinion to Plaintiff's counsel. After receiving the Order and Opinion from counsel for Defendant, counsel for Plaintiff wrote to undersigned counsel and indicated that he and his client would oppose the request. Despite Plaintiff's apparent opposition to an extension and knowledge that undersigned counsel will be unavailable the entire week of September 2nd, to date counsel for Plaintiff has not provided a proposed joint status report for the United States to consider and, indeed, has not proposed any milestones or dates for a joint status report.

For all of the foregoing reasons, the United States respectfully requests that the Court extend the time for the parties to file a joint status report to October 5, 2007.

August 31, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources Division

/s/ James D. Gette
JAMES D. GETTE
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 305-1461
Facsimile: (202) 514-8865
James.Gette@usdoj.gov

Counsel for Defendant

Of Counsel:
Steven P. Adamski
Deputy District Counsel
U.S. Army Engineer District, St. Paul
190 East 5th Street, Suite 401
St. Paul, Minnesota 55101