# In the United States Court of Federal Claims

No. 02-1078L
(Filed September 21, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the defendant's motion for an extension of time in which to file the Joint Status Report that was due September 7, 2007. Although plaintiff's counsel initially indicated that he would oppose the motion, plaintiff ultimately chose not to submit an opposition. The motion is, accordingly, **GRANTED**, and the parties shall file the aforementioned Joint Status Report on or by **October 5, 2007.**

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge