# In the United States Court of Federal Claims

No. 02-1078L
(Filed November 9, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court will hold a status conference on Tuesday, November 13, 2007 at 3:00 p.m. Eastern Standard Time, to discuss and schedule future proceedings in light of the Joint Status Report. The conference will take place by telephone, with Chambers initiating the calls to counsel for each party.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge