# In the United States Court of Federal Claims

No. 02-1078L
(Filed November 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A status conference for the purpose of scheduling further proceedings in light of the Joint Status Report (Oct. 5, 2007) was held by telephone on November 13, 2007. As was discussed at this conference, **fact discovery** shall close on or by **February 29, 2008.** If either party determines that complications might justify an enlargement of this period, that party is urged to bring these circumstances to the Court's attention at the earliest possible date. The parties shall also file a Joint Status Report on or by February 29, 2008. This report should propose a schedule for expert disclosures and discovery and inform the Court whether either party anticipates the filing of a dispositive motion prior to trial. The Court will hold, by telephone, a status conference on March 4, 2008, at 3 p.m. E.S.T., to adopt a schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge