**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GARY BAILEY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 02-1078L** |
| **UNITED STATES OF AMERICA,** | ) | **Honorable Victor J. Wolski** |
| **Defendant.** | ) | |

**MOTION FOR A SEVEN DAY ENLARGEMENT OF THE FACT DISCOVERY DEADLINE**

Pursuant to RCFC 6.1, Defendant requests a seven day enlargement of the deadline for fact discovery to and including March 7, 2008.

On November 14, 2007, the Court issued an Order setting February 29, 2008 as the deadline for the completion of fact discovery. Since the entry of that order, Defendant has served written discovery upon Plaintiffs, conducted a sight visit, obtained from non-parties documents and deposition transcripts from related litigation, interviewed several non-parties, communicated with counsel for litigants in the related litigation, scheduled a review of documents at Plaintiff's counsel's office, and scheduled depositions of the Plaintiff and several non-party witnesses, all of which will be completed before the current fact discovery deadline.

On January 31, 2008, undersigned counsel contacted Mr. David Wolf and Mr. Thomas Woitalla, to ascertain their availability for depositions in the later half of February in St. Paul, Minnesota. Both gentlemen are non-parties who purchased lots from Plaintiff on the property at issue in this case. Both gentlemen agreed to make themselves available for depositions. Mr.

Wolf, however, indicated that he had a long-planned vacation that would make him unavailable during the weeks of February 18 and 25. Mr. Wolf indicated, however, that he could be available during the first week in March. Mr. Woitalla similarly confirmed his availability for the first week in March.

On February 1, 2008, pursuant to RCFC 6.1, undersigned counsel telephoned Plaintiff's counsel, Alan Fish, to ascertain whether Plaintiff had any objection to a seven day enlargement of the fact discovery deadline to accommodate Mr. Wolf's vacation plans.[1/] On February 15, 2008, Plaintiff's counsel informed undersigned counsel that Plaintiff opposes the request for a seven day enlargement of the discovery deadline

The United States has not previously requested an enlargement of the fact discovery deadline. Moreover, the short extension of time will not prejudice Plaintiff and will accommodate a non-party witness.

---

[1/]When undersigned counsel first contacted Plaintiff's counsel's office on February 1, 2008, he learned that Mr. Fish was on vacation and would not return to the office until February 11, 2008. Undersigned counsel requested that Plaintiff's counsel's law partner, Rita Fish-Whitlock, return the call in Mr. Fish's absence. On February 6, 2008, having not heard from Plaintiff's counsel or his law partner, undersigned counsel faxed a letter to Ms. Fish-Whitlock to ascertain whether Plaintiff had any objection to the short enlargement. On February 8, 2008, Ms. Fish-Whitlock called undersigned counsel and indicated that, since she is not counsel of record, she did not feel comfortable consenting to an enlargement and that undersigned counsel would need to await Mr. Fish's return. On February 11, 2008, undersigned counsel faxed a letter to Mr. Fish again asking whether he had any opposition to the short enlargement of time to accommodate the non-party witness. On February 14, 2008, having still not heard from Mr. Fish, undersigned counsel called his office, but was told he was with a client. As a follow-up, undersigned counsel faxed another letter to Mr. Fish on February 14, 2008, again asking for Plaintiff's position regarding the short enlargement of time. Finally, on February 15, 2008, Ms. Fish-Whitlock wrote to undersigned counsel on Mr. Fish's behalf and indicated that Plaintiff opposes Defendant's request for a seven day enlargement of the fact discovery deadline.

For all of the foregoing reasons, the United States respectfully requests that the Court enlarge the discovery deadline by seven days to and including March 7, 2008.

February 15, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

/s/ James D. Gette
JAMES D. GETTE
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 305-1461
Facsimile: (202) 514-8865
James.Gette@usdoj.gov

Counsel for Defendant

Of Counsel:
Steven P. Adamski
Deputy District Counsel
U.S. Army Engineer District, St. Paul
190 East 5th Street, Suite 401
St. Paul, Minnesota 55101