IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

GARY BAILEY,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 02-1078L
Honorable Victor J. Wolski

---

**RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF THE FACT DISCOVERY DEADLINE**

The Defendant has yet again requested this Court grant the Defendant yet another extension of this Court's deadline.

The Court should be mindful that on October 25, 2002, the Defendant requested Enlargement of the Time to Respond to the Complaint.

On November 7, 2002, the Defendant filed a Motion to Stay the Proceedings Pending Resolution of Plaintiff's parallel District Court action.

On November 22, 2004, the Defendant requested this Court modify it's Scheduling Order to extend the deadline for taking depositions.

On August 31, 2007, the United States made a Motion for an Extension of Time to File a Joint Status Report.

The Plaintiff would note that this case has been pending since August of 2002, better than five and one half years.

The United States has had ample opportunity to conduct fact discovery not only in the instant action, but in the Defendant's Judicial action to enforce the Administrative Restoration Order issued in October, 2002, which has now been determined by the United States Federal Court. United States of America v. Gary Bailey, U. S. District Court, Court File No.: 05-CV-2245 (PJS/RLE) (District of Minn., Sept 25, 2007). Defendant has provided no legitimate basis for an extension of an enlargement of the fact discovery deadline with the exception of accommodating Defendant attorney traveling for completing purported factual discovery depositions, which he in fact may not conduct, to minimize his own travel.

Simply because Defendant United States waits until 29 days prior to factual discovery to engage in factual discovery is not reason to grant an extension of the fact discovery deadline. Plaintiff therefore respectfully opposes Defendant's Motion.

Respectfully submitted,

ALAN B. FISH, P.A.

/s/ Alan B. Fish

Alan B. Fish, #238120
Attorney for Plaintiff
102 Second Avenue Northwest
Roseau, MN 56751
Phone: (218) 463-2088
Fax: (218) 463-2099
E-mail: afish@wiktel.com or alanfishlaw@yahoo.com

Dated: February 18, 2008

C:\clients\BAILEY V. USA TAKINGS.02\RESPONSE TO MOTION.028.wpd

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
CIVIL ACTION NO. 02-1078L

| | | |
|---|---|---|
| GARY BAILEY, | ) | |
| Plaintiff | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

I hereby certify that on February 18, 2008, I caused the following documents:

RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF THE FACT DISCOVERY DEADLINE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James David Gette
james.gette@usdoj.gov, efile_nrs.enrd@usdoj.gov

Dated: February 18, 2008

s/ Gayle L. Petrowski
Gayle L. Petrowski