# In the United States Court of Federal Claims

No. 02-1078L
(Filed February 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the government's motion for a seven-day enlargement of the deadline for fact discovery, to and including March 7, 2008 (from the original deadline of February 29, 2008). The reason given for the request is to allow the deposition of an otherwise unavailable non-party witness (Mr. David Wolf), and to depose a second non-party witness (Mr. Thomas Woitalla). The Court has also reviewed plaintiff's opposition to the motion.

Good cause having been shown, government's motion is granted. The fact discovery deadline is now extended until **March 7, 2008**, so that Messrs. Wolf and Woitalla may be deposed. The joint status report, originally due February 29, 2008, is now due on or by **March 7, 2008**. Chambers will contact both parties' counsel to reschedule the status conference, which was to be held by telephone on March 4, 2008, for another date (preferably in the week following).

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge