# In the United States Court of Federal Claims

No. 02-1078L
(Filed February 25, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court will hold a status conference on March 10, 2008 at 3:00 p.m. Eastern Daylight Savings Time to discuss and schedule future proceedings in light of the Joint Status Report. The status conference will take place by telephone, with Chambers initiating the calls to counsel for each party.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge