# In the United States Court of Federal Claims

No. 02-1078L
(Filed March 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**GARY BAILEY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

A status conference was held by telephone on March 10, 2008, during which the following dates were set:

1. On or by **March 31, 2008**, the parties shall file a joint status report discussing the schedule, if any, for a possible summary judgment motion regarding the application of background principles of state property law;
2. plaintiff shall serve his expert disclosures, pursuant to Rule 26(a)(2)(B) of the Rules of the United States Court of Federal Claims ("RCFC"), on or by **June 30, 2008**;
3. defendant shall serve its RCFC 26(a)(2)(B) expert disclosures on or by **July 30, 2008**;
4. plaintiff shall serve his RCFC 26(a)(2)(C) expert rebuttal disclosures, if any, on or by **August 29, 2008**;
5. expert discovery, including all depositions, shall end on **September 12, 2008;**
6. on or by **September 15, 2008**, the parties shall file with the Court a joint status report; and

7. a post-discovery conference by telephone will be held in the case on **September 16, 2008**, at 3 p.m. Eastern Time.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge