**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GARY BAILEY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 02-1078L** |
| **UNITED STATES OF AMERICA,** | ) | **Honorable Victor J. Wolski** |
| **Defendant.** | ) | |

# JOINT STATUS REPORT

This Joint Status Report is being filed by the parties pursuant to the Court's March 10, 2008 Scheduling Order. The purpose of this report is to propose a schedule for a "summary judgment motion regarding the applicable background principles of state property law."

Having determined that such a motion is appropriate and may well be determinative of liability in this case, the United States intends to file a motion for summary judgment on this issue. The United States has disclosed that this motion will be based upon background principles of state property law including nuisance and specific state statutory and regulatory restrictions on property use. The issues to be addressed in this motion may well be determinative of liability in this case, have never been previously presented to the Court for consideration, and are not threshold issues.

As such, the parties hereby propose a briefing schedule that generally coincides with the production of expert reports by the parties. The schedule will provide the parties sufficient time adequately to craft their arguments, while still completing briefing well before trial will be scheduled in this case. The proposed schedule is as follows:

| | |
|---|---|
| United States Motion for Summary Judgment Based upon Applicable Background Principles of State Law | June 25, 2008 |
| Plaintiff's Opposition to United States Motion for Summary Judgment | August 7, 2008 |
| United State Reply Brief | August 28, 2008 |

Plaintiff's Supplemental Statement

The Court Ordered the United States to articulate to the Plaintiff the legal basis for filing yet another Summary Judgment Motion on the issue of liability, which is a threshold issue and has previously been before the Court. The Plaintiff would then be allowed to argue to the Court the inappropriateness of a second round of Summary Judgment Motions on liability as proposed by the Government. The Government has failed to articulate the basis for it's new round of Summary Judgment Motions and therefore, the Plaintiff is prejudiced on it's inability to do so, and once again, requests the Court to deny any such request that the Government by able to re-argue "threshold issues" of liability which were previously before the Court. The United States' request for a new round of Summary Judgment Motions is vague and the Court has previously denied its ability to address Summary Judgment on damages issues. Plaintiff once again believes the United States is merely attempting to delay and unnecessarily increase costs in this matter.

On March 31, 2008, counsel for Plaintiff authorized counsel for Defendant to execute this joint status report on his behalf.

March 31, 2008

Respectfully submitted,

/s/ Alan B. Fish by /s/ James D. Gette

ALAN B. FISH
102 Second Avenue Northwest
Roseau, MN 56751
(218) 463-2088 (phone)
(218) 463-2099 (fax)

Counsel of Record for the Plaintiff

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental & Natural Resources Division

/s/ James D. Gette

JAMES D. GETTE
Trial Attorney , Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 305-1461
Facsimile: (202) 514-8865
James.Gette@usdoj.gov

Counsel for Defendant

Of Counsel:

Steven P. Adamski
Deputy District Counsel
U.S. Army Engineer District, St. Paul
190 East 5th Street, Suite 401
St. Paul, Minnesota 55101