# In the United States Court of Federal Claims

No. 02-1078L
(Filed May 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court has carefully reviewed the proceedings in this litigation to date, in light of the concerns raised in plaintiff's supplemental statement in the March 31, 2008 Joint Status Report. No order issued in this case precludes the government from filing an additional dispositive motion. Moreover, counsel for the parties had not previously communicated the understanding (or even the expectation) that the government's previous motion concerning threshold issues would be the only one allowed prior to trial. *See, e.g.*, Status Conf. Tr. 10-14, Jul. 13, 2004; Def.'s Mot. to Dismiss at 2 n.1 (Feb. 16, 2005); Oral Arg. Tr. 108-09, Apr. 7, 2005.

Therefore, the Court hereby sets a briefing schedule for a summary judgment motion regarding the application of background principles of Minnesota property law, as follows:

1. Defendant's motion for summary judgment due June 25, 2008;

2. plaintiff's opposition response due August 7, 2008;

3. defendant's reply due August 28, 2008.

Chambers will contact counsel to schedule oral argument on this motion, preferably for the week of September 8. The argument may be by telephone if this is agreeable to counsel for the parties.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge