# In the United States Court of Federal Claims

No. 02-1078L
(filed June 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A hearing on defendant's summary judgment motion (due to be filed on June 25, 2008) shall be held via telephone on September 9, 2008 at 3:00 p.m. Eastern Daylight Saving Time. The Court will initiate the call to the parties.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge