# Minnesota Pollution Control Agency

December 17, 1999

RECEIVED
DEC 20 1999
CORPS OF ENGINEERS
ST. PAUL DISTRICT
REGULATORY BRANCH

RECEIVED
DEC 28 1999
U.S.

Ms. Char M. Hauger
Regulatory Branch, St. Paul District
U.S. Army Corps of Engineers
190 Fifth Street East
St. Paul, Minnesota 55101-1638

RE: CENCS-CO-R 93-06275-JAK
Gary Bailey - Access Road Sunny Beach
Lake of the Woods County
401 Certification

Dear Ms. Hauger:

This letter is submitted by the Minnesota Pollution Control Agency (MPCA) under authority of Section 401 of the Clean Water Act (33 USC 1251 et seq.) and Minn. Stat. chs. 115 and 116. The MPCA has examined the application and other information furnished by the applicant and bases its certification decision upon an evaluation of this information and such other information that is relevant to water quality considerations. The referenced project involves a proposal to construct an access road located in NE ¼ SW ¼ Section 21, T 163 N, R 33 W, Lake of the Woods County, Minnesota. The project will fill 1.58 acres of wetland. Compensatory wetland mitigation will include creation of wetland at an upland borrow pit located off site.

The MPCA certifies the referenced project because there is reasonable assurance that the activity will be conducted in a manner that will not violate applicable water quality standards provided the following conditions are complied with:

1. Replacement of lost wetland functions and designated uses for unavoidable wetland impacts is necessary to satisfy Minn. R. 7050.0186, subp. 6. The wetland compensatory replacement plan provided with an area replacement ratio of at least 1:1 will satisfy that requirement.

2. An erosion plan should be included in the work to be conducted. The plan at a minimum should include: 1) keeping exposed soil to a minimum; 2) using sediment barriers such as straw bales and fabric barriers in all drainage channels; 3) mulching and seeding appropriate areas after construction. A system for routine inspection of the erosion control devices should be developed and include an inspection regime for after storm events. Erosion devices that have failed or have been displaced should be reestablished or reevaluated for a more appropriate device after failure is discovered.

DEPOSITION EXHIBIT
16
12-1-04 Bailey
PENGAD 800-631-6989

520 Lafayette Rd. N.; St. Paul, MN 55155-4194; (651) 296-6300 (Voice); (651) 282-5332 (TTY)
Regional Offices: Duluth • Brainerd • Detroit Lakes • Marshall • Rochester

Ms. Char M. Hauger
Page 2

The MPCA acknowledges that in some instances the movement of soils within a water column may result in some turbidity, discoloration or suspended solids. Based on the information available on this project, such effects, if any, would probably be localized to the area of soil movement, temporary in nature and of insignificant impact. In any case, the project proposer is required to take the appropriate actions to maintain compliance with applicable water quality standards.

This certification includes and incorporates by reference the general conditions of Minn. R. 7001.0150, subp. 3.

This action does not exempt the applicant from the responsibility of complying with all applicable local, state and federal requirements, nor does it grant any right to violate personal or property rights.

If you have any questions on this, please call Lawrence S. Zdon at (651) 297-8219.

Sincerely,

Leo Raudys
for Manager
Community and Area-Wide Programs Section
Metro District

LR:km

cc: Gary Bailey, 1946 Range Line Road Southwest, Williams, Minnesota 56686
Kevin M. Pierard, U.S. Environmental Protection Agency, Chicago
Russ Peterson, Field Supervisor, U.S. Fish and Wildlife Service
Kent Lokkesmoe, Director, Department of Natural Resources Waters
Steve Colvin, Ecological Services, Minnesota Department of Natural Resources