OWN

| | |
|---|---|
| Lot 1 | Owned by Gary Bailey |
| Lot 2 & 3 | Thompson contract for deed. $5,000 down, payment $594 @ 10% until balance paid off. $3000 commission paid to Pat LaValla |
| Lot 4, 5 & 6 | Wolf sold for $75,000. $4500 ~~commission paid to Pat LaValla~~ |
| Lot 7 | Suzanne Anderson. Paid in full $25,000. Commission and fees $1820, broker Pat LaValla |
| Lot 8 | David Russell, sold for $25,000. Commission & fees $1783.60, broker Francine Fish |
| Lot 9 | Raynard Lundgren, last payment April 2001. Contract for deed. Made payments of $297.34 from January 1999 through April 2001. Let contract go back to me. Commission of $1500, broker Francine Fish |
| Lot 10 | Jamie Gowdy. Contract for deed. Bought back when he couldn't get a building permit, costs for culvert and gravel road are enclosed. Commission of $1500, broker Francine Fish |
| Log 11 | Perrsons. Contract for deed. $297.33 monthly payments paid off in 2000. $1500 commission & $350 closing costs, broker Francine Fish |
| Lot 12 | Mike Washburn. Contract for deed. $297.37 monthly for 10 years @ 9%. Quit making payments. Got lot back. $1500 commission pad to Scott Pahlen, broker Pd 4 yrs back taxes |
| Lot 13 | Woitalla. Mortgage monthly payments of $297.42 June 7, 1999 until paid in full @ 10%. Quit making payments. Got lot back. $1500 commission paid to Francine Fish, broker |
| Lot 14 | Fish Trust. Contract for deed. Quarterly payment of $894.88 @ 10% until paid in full, starting August 1, 1999. $1500 commission paid to Francine Fish, broker |

PENGAD 800-631-6989
DEPOSITION EXHIBIT
51
2-22-08 Bailey

5

C0018

B001777