# LOCAL--STATE--FEDERAL PROJECT NOTIFICATION FORM

*You may use this form to notify the Minnesota Department of Natural Resources, the Army Corps of Engineers, and your county an[d] municipal offices of a project or work you propose which may fall within their jurisdiction. These agencies should advise you of thei[r] [juris]liction, if any, within 45 days of receipt of this notification. This form is provided as a convenience and its use is optional. Yo[u ma]y, if you wish, apply for permits or authorizations using standard agency forms. Fill out this form completely and mail a copy, wit[h pl]ans, maps, etc. to each of the agencies listed on the reverse of the form. Keep a copy of all materials submitted for your records. Yo[u] must obtain all required authorizations before beginning work. Violations of local, State, or Federal laws may be punishable b[y] administrative, civil and/or criminal penalties.*

I. Applicant's Name (First, Last, M.I.) / Authorized Agent, if any / Area Code, Telephone
Gary Bailey L / (218) 783-6071

Address (Street, RFD, Box Number, City, State, Zip Code)
Rt 1 Box 103 Williams Minn 56686

II. LOCATION OF PROPOSED PROJECT (ATTACH DRAWING SHOWING HOW TO GET TO SITE)

Government lot(s) Quarter Section(s) Section(s) No. Township(s) No. Range(s) No. Lot, Block, Subdivision
NE1/4 SE1/4 S21 T163 R33 Prosper Lake of the Woods

Fire No., Box No., or Project Address County Work will affect ___lake X wetland ___waterway ___ag productio[n]
Waterbody Name, No. (if known)

III. ESTIMATED PROJECT COST: $ 8,000-10,000 LENGTH OF SHORE AFFECTED (in feet): 0

IV. Volume of fill or excavation (cubic yds.): 1/4 mile Road
(NOTE: You may substitute dimensions) Area filled or excavated is 1 1/2 acres, or square feet

V: TYPE OF WORK AND AREA (Check all that apply): ___FILL ___EXCAVATE ___REPAIR X CONSTRUCT
___REMOVE ___DRAIN ___DAM ___WATERWAY ___DOCK ___CULVERT ___BRIDGE ___LAKE
___SHORELINE ___WETLAND ___SAND BLANKET OTHER (describe):___
___ACCESS PATH ___RIPRAP

WETLAND TYPE(S) AND ACREAGE(S) PROPOSED TO BE FILLED/DRAINED: 1 Eacre
Attach drawings and plans. Include a description of any proposed compensatory mitigation. Important: Identify any disposal and borrow areas. [D]escribe the work below; how it would be done, what equipment would be used: BackHoe/Cat

DEPOSITION EXHIBIT 9 12-1-04 Baile[y]
PENGAD 800-631-6989

VI. PROJECT PURPOSE (why is this project needed--what benefits will it provide?):
Construct Road for Access – Logging

VII. ALTERNATIVES (describe any other sites or methods that could be used to achieve the purpose of your project while avoi[ding] or minimizing wetland/water impacts: Attach additional sheets, if needed).
no other Access

VIII. DATES-- Activity proposed to begin on: Be completed:
Has any of the work been done? NO___ YES X (identify any completed work on drawing). rough in of road

IX. ADJOINING PROPERTY OWNERS (Attach list if more than two).

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| 1. Jerry Pieper | | Williams | MN | 56686 |
| 2. Bob Pieper | | " | MN | 56686 |

X. PERMITS have been received (enter an R) or already applied for (enter an A) from: ___DNR ___ARMY CORPS ___COUNTY ___TOWN/CITY ___WATERSHED DISTRICT ___MN. POLLUTION CONTROL AGENCY.
Has an archaeological survey of the project site been done? Yes If so, by whom: Minn Historical Society

XI. I hereby notify the recipients of this form of the project proposed herein and request that I be advised of any permits or othe[r] determinations concerning this project that I must obtain. I understand that proceeding with work before all required authorizatio[ns] [a]re obtained may subject me to Federal, State, and/or local administrative, civil and/or criminal penalties.

[signature] DATE: 6-12-98

Signature of Person Proposing Project or Agent

E0036

<<< PLEASE CAREFULLY READ AND COMPLETE BACK OF FORM>>>

COE006

## CREDITS THAT WILL RESULT FROM SUCCESSFUL COMPLETION OF REPLACEMENT PLAN

| Credit Sub-Group[1] | NWC Acres or Sq. Ft. | PVC Acres or Sq. Ft. | Wetland Type[2] | Topo. Setting[3] | Restoration or Creation |
|---|---|---|---|---|---|
| A. New | 2.9 | | 3 | Isolated | Creation |
| B. PVC | | 2.9 | 3 | Isolated | Previously Created |
| C. | | | | | |
| D. | | | | | |
| Totals: | 2.9 | 2.9 | 3 | Isolated | Creation |

☐Check here if additional credit sub-groups are part of this replacement plan and are listed on an attachment to this document.
1 A separate credit sub-group shall be established for each wetland or wetland area that has different wetland characteristics.
2 Circular 39 types: 1, 1L, 2, 3, 4, 5, 6, 7, 8, B, U.
3 Topographic setting types: shoreland, riverine, floodplain, flow-through, tributary, isolated.

### Special Considerations

To the best of the applicant's knowledge, are any of the following factors applicable at the impact or replacement site? Note whether present or not by indicating as follows: Impact Site (I), Replacement Site (R), Both (B), Neither (N).

1. Federal or state-listed endangered species N
2. Rare natural communities N
3. Special fish and wildlife resources including:
   a. Fish passage and spawning areas N
   b. Colonial waterbird nesting colonies N
   c. Migratory waterfowl concentration areas N
   d. Deer wintering areas N
   e. Wildlife travel corridors N
4. Archaeological or historic sites N
5. Ground water sensitive areas N
6. Sensitive surface waters (e.g., DNR designated trout waters) N
7. Educational or research sites N
8. Waste disposal sites N
9. Is the project consistent with local plans (e.g., watershed management plans, land use plans, zoning and master plans)? B
10. Is the project part of a pollutant trading agreement with the MPCA? ___ Yes X No

### Replacement Assurance and Sworn Statements

Gary Bailey (Applicant) states by signature below that:

1. The wetland will be replaced before or concurrent with the actual draining or filling of a wetland, OR; an irrevocable bank letter of credit or other security acceptable to the local government unit has been provided to guarantee the successful completion of the wetland value replacement; AND,
2. The replacement wetland was not previously restored or created under a prior approved replacement plan; AND,
3. The replacement wetland was not drained or filled under an exemption during the previous ten years; AND,
4. The replacement wetland was not restored with financial assistance from public conservation programs, unless the replacement wetland qualifies under Minn. Rules Chapter 8420.0540, Subp.2.D.(3) [☐ check here if applicable]; AND,
5. The replacement wetland was not restored using private funds other than those of the landowner unless the funds are paid back with interest to the individual or organization that funded the restoration and the individual or organization notifies the local government unit in writing that the restored wetland may be considered for replacement [☐ check here if applicable]; AND,
6. The Declaration of Restrictions and Covenants for the replacement wetland will be recorded, or Application for Withdrawal of Wetland Credits will be completed, prior to any work to impact any wetlands. I hereby affirm that the information above is correct and truthful to the best of my knowledge.

(Applicant Signature) 5-19-99 (Date)

E0037

*Note: Any approval is not effective until all conditions above are satisfied and signatures below are complete. No work may begin until the 15-day appeal window has lapsed, or, in the event of an appeal, until the appeal has been finalized.*

FOR LGU USE ONLY

A.) Replacement Plan is (check one): ☐ Approved ☐ Approved with Conditions (Attach conditions) ☐ Denied

_______________________________________

(LGU Official Signature) (Date)

B.) LGU has received evidence of title and proof of recording of Declaration of Restrictions and Covenants:

_______________ _______________ _______________

(County where recorded) (Date recorded) (Document # assigned by recorder)

_______________________________________

(LGU Official Signature) (Date)

Lake of the Woods County Environmental Services

# NOTICE OF WETLAND CONSERVATION ACT APPLICATION FOR IMPACTS >10,000 SQUARE FEET

MAY 2 1 1999

*Name of Applicant:* Gary Bailey

*Application Number:* 98-02R

*Type of Application (check one):*

☐ Exemption ✓ Replacement Plan

☐ No Loss ☐ Banking Plan

*Date of Application:* May 19, 1999

*Location of Project:* NE 1/4 SE 1/4 21 Sec. 163N Twp. 33W Range

*Summary of Project:*

This is a re-submittal, with modifications, of a previous application which was in response to a WCA violation. Respondent's concerns have been addressed and built into the replacement plan. Mr. Bailey has constructed a new road on his property impacting 2.9 acres of type 7 wetland. Since the impacts occurred in a shoreland area, the required replacement ratio is 2:1. He proposes to mitigate for these impacts by creating 2.9 acres of type 3 wetland and applying 2.9 additional acres of Public Value Credits from a prior approved gravel pit restoration creating a type 3 wetland. Ownership of project and mitigation sites has been properly demonstrated by the landowner. A monitoring plan is being developed with the landowner in compliance with WCA statutes. Fixed photo-reference points will be selected upon completion.

*List of Addressees:*

Gary Bailey, landowner
TEP members:
  Brian Dwight, BWSR Board Conservationist
  Gary Lockner, Lake of the Woods County Environmental Services Director
  Les Lemm, Lake of the Woods SWCD
Paul Swenson, DNR Regional Administrator
Doug Norris, DNR Wetlands Coordinator, Ecological Services. St. Paul Office
Jeff Koschak, U.S. Army Corps of Engineers

You are hereby notified that the above-referenced application was made on the date stated above. A copy of the Application is attached. Comments will be accepted on this application until June 10, 1999.

*Date of mailing of this Notice:*
May 20, 1999 *By:* Les Lemm

*Title:* Resource Specialist, Lake of the Woods SWCD

E0039