from 7/06
FYI

US Army Corps of Engineers
St Paul District

# Public Notice

APPLICANT: Gary Bailey

ISSUED: June 12, 2001
EXPIRES: June 27, 2001

REFER TO: 93-06275-JAK

SECTION: 404 - Clean Water Act

PERMIT DENIAL

1. The District Engineer has denied Mr. Gary Bailey's application to retain dredged/fill material that was discharged into wetlands adjacent to Lake of the Woods for an access road to the Sunny Beach Subdivision. The Corps is soliciting input from the general public, interested and affected parties on the potential environmental remedy/solution for the unauthorized road fill. Alternatives under consideration include, but are not limited to:

A) Full restoration of the wetland by complete removal of the unauthorized road and filling of the road ditches;

B) Partial restoration (e.g., removal of segments of the road);

C) Other appropriate environmental remedies (such as off-site mitigation), alone or in combination with any of the above.

2. SPECIFIC INFORMATION.

APPLICANT'S ADDRESS: 1946 Range Line Road SW
Williams, MN 56686

PROJECT LOCATION: The project site is located in Sec. 21, T. 163N., R. 33W., Lake of the Woods County, Minnesota. The approximate UTM coordinates are Zone 15, North 5420300, East 600000.

DESCRIPTION OF PROJECT: This project was previously described in the Corps' Public Notice issued on June 24, 1999. The applicant constructed the road in 1998 by extending an existing road (Sandy Shores Drive) into wetlands to the south. The purpose of the road is to provide access to 14 lots that were also platted in 1998 as the Sunny Beach Subdivision. The road was constructed by excavating ditches and discharging the dredged and other fill material into the wetland as part of the road base. The Corps has confirmed that since the construction of the road, additional wetland fill has occurred on all but four of the 14 lots.

The District Engineer has determined that issuing a permit to retain the dredged/fill material in the wetland would be contrary to the public interest, and would contribute to the unacceptable degradation of a valuable wetland resource and Lake of the Woods.

3. REPLIES/COMMENTS.

Interested parties are invited to submit to this office written facts, arguments, or objections within 15 days of the date of this notice. These comments should address the restoration options discussed above. Comments received may be forwarded to the applicant.

Replies may be addressed to Regulatory Branch, St. Paul District, Corps of Engineers, 190 Fifth Street East, St. Paul, MN 55101-1638.

Or, IF YOU HAVE QUESTIONS ABOUT THE PROJECT, please call Bob Whiting at telephone number (651) 290-5376.

Kenneth S. Kasprisin
Colonel, Corps of Engineers
District Engineer

NOTICE TO EDITORS: This public notice is provided as background information and is not a request or contract for publication.