DEPOSITION EXHIBIT
11
12-1-04 Bailey
PENGAD 800-631-6989

# Public Notice

US Army Corps of Engineers
St Paul District

APPLICANT: Gary Bailey

REFER TO: 93-06275-JAK

ISSUED: June 24, 1999
EXPIRES: July 23, 1999

SECTION 404-Clean Water Act

After-The-Fact

1. APPLICATION FOR PERMIT TO retain fill and dredged material discharged into wetlands adjacent to Lake of the Woods. The purpose of the project is to construct a properly designed access road for a recently platted lakeshore development (Sunny Beach). The applicant has proposed that compensatory mitigation be performed at two other sites that he owns.

If it is determined that issuance of the after-the-fact permit is contrary to the public interest, corrective action may be needed for the work already accomplished.

2. SPECIFIC INFORMATION.

APPLICANT'S ADDRESS: 1946 Range Line Road SW
Williams, MN 56686
(218) 783-6071

JUL 6 1999

PROJECT LOCATION: The project site is located in the NE 1/4 SW 1/4 Sec. 21, T. 163N., R. 33W., Lake of the Woods County, Minnesota.

DESCRIPTION OF PROJECT: The Corps originally issued a GP-1-MN permit on March 13, 1990 (COE #90-426G-77) to the applicant for the excavation of an inland harbor and access channel at this site. However, no work was performed. The Minnesota Department of Natural Resources did not extend their permit in 1997, making the harbor project ineligible for the Corps permit.

The applicant constructed the new road in 1998 by extending an existing road (Sandy Shores Drive) to the south as access for the 14 lots that were recently platted for this portion of shoreline. The applicant attempted to build the road to County standards so that the County would assume maintenance responsibility for it, as they have for the remainder of the road to the north. The County Highway Department has not yet determined if they will accept it. They may have to perform additional work to bring it up to County standards if they do take it over. The applicant has also sold at least 9 of the 14 lots to other individuals and is attempting to sell the remaining lots. The Corps expects that the new lot owners will want to construct lakeshore residences on their lots. Corps approval may be needed for work impacting wetlands or the lake.

QUANTITY, TYPE, AND AREA OF FILL AND EXCAVATION: The road was constructed by clearing a 66-foot wide zone through the 1,493-foot long forested wetland area. The applicant then excavated two 1.5-

foot deep drainage ditches within the cleared zone and used the excavated material to construct the road. Additional fill was hauled in to raise the road which was topped with gravel. The Lake of the Woods Soil and Water Conservation District (SWCD) has determined that the project impacted 2.91 acres of wetland. This impact determination includes the drainage effect by the two new ditches as they flow south into an older and deeper ditch that flows east into Lake of the Woods.

VEGETATION IN AFFECTED AREA: The area is vegetated with black ash, poplar, sedge, and cinnamon fern typical of a forested (type 7) wetland.

SOURCE OF FILL MATERIAL: On-site and commercial sources.

SURROUNDING LAND USE: Sandy Shores is an older, but growing development to the north of the site. Agricultural land is to the west (owned by the applicant) and south of the site.

DESCRIPTION OF STRUCTURE: As stated above, the Corps expects the new owners of these lakeshore lots will propose to construct lakeshore residences. No plans have been provided to the Corps.

MITIGATION: The SWCD has prepared a new Wetland Conservation Act (WCA) replacement plan that describes the compensatory mitigation work the applicant has agreed to perform through a letter of credit. The plan calls for creating at least 2.9 acres of new wetland credit at an old upland borrow pit in the SE 1/4 NE 1/4 Sec. 27, T. 160N., R. 33W., about 18 miles south of the project site. The work will involve excavating the area to an average maximum depth of 3 feet with an undulating bottom and 7:1 maximum sideslope. The slopes will be top dressed with organic material. In addition, the drainage ditch on the south side of the site will be filled with soil. This work would be completed by October 31, 1999.

The WCA rules for the County require 2:1 mitigation for impacts in shoreland areas. The portion of the mitigation in excess of the 1:1 ratio can be mitigated by using Public Value Credits (PVC) pursuant to WCA. The PVC, in this case, will be done by debiting credits from an 11 acre borrow pit that was restored back to wetland conditions in 1994. This site is in the NE 1/4 NE 1/4 Sec. 27, T. 160N., R. 33W., 1 mile east of the other mitigation site described above.

THE FOLLOWING POTENTIALLY TOXIC MATERIALS COULD BE USED AT THE PROJECT SITE: Like any road, gas, grease, and oil may get spilled on it from vehicular use.

THE FOLLOWING PRECAUTIONS TO PROTECT WATER QUALITY HAVE BEEN DESCRIBED BY THE APPLICANT: None stated by the applicant.

2. REPLIES/COMMENTS.

Interested parties are invited to submit to this office written facts, arguments, or objections within 30 days of the date of this

notice. These statements should bear upon the suitability of the location and the adequacy of the project and should, if appropriate, suggest any changes believed to be desirable. Comments received may be forwarded to the applicant.

Replies may be addressed to Regulatory Branch, St. Paul District, Corps of Engineers, 8896 East Gull Lake Drive NW, Brainerd, MN 56401-9051.

Or, IF YOU HAVE QUESTIONS ABOUT THE PROJECT, call Jeff Koschak at the Brainerd office of the Corps, telephone number (218) 829-2711.

4. FEDERALLY-LISTED THREATENED OR ENDANGERED WILDLIFE OR PLANTS OR THEIR CRITICAL HABITAT.

None were identified by the applicant or are known to exist in the permit area. However, Lake of the Woods County is within the known or historic range of the following Federally-listed threatened species:

| Species | Habitat |
|---|---|
| Bald eagle | Breeding |
| Piping plover | Breeding on Pine and Curry Islands in Lake of the Woods |
| Gray wolf | Northern forested areas |

This application is being coordinated with the U.S. Fish and Wildlife Service. Any comments it may have concerning Federally-listed threatened or endangered wildlife or plants or their critical habitat will be considered in our final assessment of the described work.

5. JURISDICTION.

This project comes under the regulatory jurisdiction of the Corps of Engineers because Lake of the Woods is a navigable water of the United States.

REGULATORY AUTHORITY: This application will be reviewed according to the provisions of Section 404 of the Clean Water Act. Therefore, our public interest review will consider the guidelines set forth under Section 404(b) of the Clean Water Act (40 Code of Federal Regulations 230).

THE APPLICANT HAS STATED THAT THE FOLLOWING STATE, COUNTY, AND/OR LOCAL PERMITS HAVE BEEN APPLIED FOR/ISSUED: The Lake of the Woods County Environmental Services Office has approved the road and the platting of the new lots in this development. The County is also currently reviewing the project to determine if it can be approved pursuant to the Wetland Conservation Act.

COE0146
G0044

6. WATER QUALITY CERTIFICATION.

June 24, 1999

CEMVP-CO-R (93-06275-)
SUBJECT: Notice of Application for Permit

accretion, recreation, water supply and conservation, water quality, energy needs, safety, food and fiber production and, in general, the needs and welfare of the people. Environmental and other documents will be available for review in the St. Paul District Office.

The Corps of Engineers is soliciting comments from the public; Federal, State, and local agencies and officials; Indian tribes; and other interested parties in order to consider and evaluate the impacts of this proposed activity. Any comments received will be considered by the Corps of Engineers to determine whether to issue, modify, condition, or deny a permit for this proposal. To make this decision, comments are used to assess impacts on endangered species, historic properties, water quality, general environmental effects, and the other public interest factors listed above. Comments are used in the preparation of an Environmental Assessment and/or an Environmental Impact Statement pursuant to the National Environmental Policy Act. Comments are also used to determine the need for a public hearing and to determine the overall public interest of the proposed activity.

Enclosures

Julett Denton
Chief, Minnesota Permits Section

NOTICE TO EDITORS: This public notice is provided as background information and is not a request or contract for publication.




G0046




93-6275-IP-JAK
Page 2 of 5

BAILEY ROAD PROJECT
WETLAND REPLACEMENT PLAN
NESW1/4, SECTION 21, PROSPER TWP.
LAKE OF THE WOODS COUNTY




PLAN VIEW




CROSS - SECTION

1493' x 66' = 98538 sq. ft.
1493' x 9.5' (2) = 28367 sq. ft.
= 126905 sq. ft.
= 2.91 acres

lateral effect of 1.5' for soils present = 19.5'

# Bailey Wetland Replacement Site
## Potamo 27, Lake of the Woods County




COE0157

G0049

93-6275-IP-JAK

# Bailey Wetland Replacement Plan

G0050
COE0158




NESW1/4, Section 21
Prosper Township
Lake of the Woods County




Lake of the Woods County




NENE1/4, Section 26, Potan wnship, Lake of the Woods County