# Minnesota Pollution Control Agency

Official File Stamp

File Name

File Number

Page # ______ Staff ______

Category

July 23, 1999

Ms. Char M. Hauger
Regulatory Branch, St. Paul District
U.S. Army Corps of Engineers
190 Fifth Street East
St. Paul, Minnesota 55101-1638

Mr. Gary Bailey
1946 Range Line Road Southwest
Williams, Minnesota 56686

RE: CENCS-CO-R 93-06275-JAK
Gary Bailey - Access Road Sunny Beach
Lake of the Woods County
401 Certification Information Request

Dear Ms. Hauger and Mr. Bailey:

This letter is submitted by the Minnesota Pollution Control Agency (MPCA) to provide comment and as invited by the above referenced public notice for a Clean water Act section 404 permit and request additional information from the Corps and/or the applicant to process a 401 certification determination. This letter does not constitute a 401 determination. The referenced project involves a proposal to construct an access road for a lake shore development on Lake of the Woods. The project is expected to impact 2.91 acres of wetland. Wetland compensatory mitigation is proposed to create 2.90 acres of wetland off site at an old borrow pit and to debit wetland credit from an account in the Minnesota Wetland Mitigation Bank.

Lake of the Woods is listed in Minn. R. 7050.0470, subp. 2.B and is designated as a trout waters. The Agency recognizes that the maintenance of existing high quality in trout waters is essential to their function as exceptional recreational, cultural, aesthetic, or scientific resources. Also, lakeshore riparian wetlands provide a valuable water quality function for stormwater and snow melt runoff filtration to protect lake water quality. Preservation of these wetlands should be a priority issue for the federal/state/local regulatory programs and for the lakeshore homeowners to protect lake water quality.

The National Wetland Inventory (NWI) Map for this area indicates the most if not all of the project site and the adjacent proposed lakeshore development area is wetland. The construction of this access road will have a direct impact on the wetlands for the road as indicated above and will cause secondary impact and cumulative impact on the wetlands on the proposed developable lots in much greater amounts. This secondary and cumulative impact should not be segmented from this permit action and must be considered as part of this permit issuance. There is a direct connection to the construction of this access road and the development of the adjacent lots. The applicant should submit a layout of the entire project area showing existing wetlands on the access road site and the existing wetlands on the developable lot sites and evaluate the predictable potential impact to wetlands from the development of the lots in order to determine the total wetland impact of this project. If there is no upland or minimal upland on these lots, the developability of these lots should be considered at this time and, therefore, the need and justification for the access road.

The siting of the drainfield systems for the lots were not specified and perhaps not yet located. Drainfield systems must not be in wetland or be placed in fill (such as a mound system) over a wetland in order for the system to be in conformance with Minn. R. 7080 for On-site Sewage Treatment Systems unless one of the following actions are satisfied:

1. The local government assigns this project experimental status and the action complies with Minn. R. 7080.0910, subp. 3a.

2. The local government submits to the MPCA for approval and adopts alternative standards that would allow drainfields and mounds in wetlands in accordance with Minn. R. 7080.0305, subp. 6. Alternative standards will not apply to new construction but only to replacement of existing systems.

3. The project satisfies the variance procedure at the local government under 7080.0305, subp. 3.

Unless one of the above conditions are met it would appear from the NWI mapping that the lots would have no upland available to locate a drainfield system. The applicant should indicate how compliance with Minn. R. 7080 for septic system for the individual lots will be demonstrated.

The public notice does not indicate compliance with the 404(b)(1) guidelines to avoid and minimize impacts to wetlands nor does the information indicate compliance with the avoidance of wetland impact requirements of our water quality standards. Minn. R 7050.0186, subp. 4 Impact Avoidance must be satisfied before compliance with water quality standards may be certified. Impact avoidance is not satisfied unless there is not a prudent and feasible alternative that would avoid impacts to the designated uses of the wetland. Prudent and feasible alternatives that do not involve wetlands are presumed to be available unless clearly demonstrated otherwise by the certification applicant.

It may be beneficial after we have an opportunity to review any material submitted by the Corps or the applicant relating to the above issues, to schedule a meeting and/or site visit to discuss these issues wetland impact and resolution. If either the Corp or the applicant determines a meeting would be helpful, please Lawrence S. Zdon of my staff at (651) 297-8219.

Sincerely,

Gene [signature]

for John N. Holck, Manager
Operations/Planning/Major Facilities
South District

JNH:km

cc: Jeff Koschak, Corps of Engineers, Brainerd
Kevin M. Pierard, U.S. Environmental Protection Agency, Chicago
Lynn Lewis, Field Supervisor, U.S. Fish and Wildlife Service
Kent Lokkesmoe, Division of Waters, Minnesota Department of Natural Resources
Steve Colvin, Environmental Review, Minnesota Department of Natural Resources

# MPCA ROUTING SLIP

**ROUTING SLIP:**

**Date:** 7/21/99

| **To: (Author)** | **Initial:** | **Date:** | **Date:** |
|---|---|---|---|
| L Zdon | [illegible] | 7/15/99 | |
| G Soderbeck | [illegible] | 7/22 | |
| | | | |
| | | | |

**Return to: (Typist, District)**

Kellymiller

**Bcc:** LS2/file

**Comments:** 401 comment

(baileyjl.doc)