# Minnesota Pollution Control Agency

October 4, 2000

Ms. Char M. Hauger
Regulatory Branch, St. Paul District
U.S. Army Corps of Engineers
190 Fifth Street East
St. Paul, Minnesota 55101-1638

RE: CENCS-CO-R 93-06275-JAK
Gary Bailey - Access Road Sunny Beach
Lake of the Woods County
401 Certification Revocation

Dear Ms. Hauger:

This letter is submitted by the Minnesota Pollution Control Agency (MPCA) under authority of Section 401 of the Clean Water Act (33 USC 1251 et seq.) and Minn. Stat. chs. 115 and 116. The referenced project involved a proposal to construct an access road located in NE¼ SW¼ Section 21, T 163 N, R 33 W, Lake of the Woods County, Minnesota. The project was proposed to fill 1.58 acres of wetland for the road. The MPCA had issued a Clean Water Act Section 401 certification dated December 17, 1999.

The wetland delineation determination by the Corps of Engineers indicates that most of the 14 lots in the area planned for development, outside of a few isolated islands of upland, consist of jurisdictional wetland. The construction of this access road has the direct impact on the wetlands for the road as indicated above and will cause secondary impact and cumulative impact on the wetlands on the proposed developable lots in much greater amounts than anticipated in the original application. This secondary and cumulative wetland impact must not be segmented from this permit action and must be considered as part of this permit issuance. There is a direct connection to the construction of this access road and the development of the adjacent lots.

The entire project area showing existing wetlands on the access road site and the existing wetlands on the developable lot sites should have been used to evaluate the predictable potential impact to wetlands from the road construction and subsequent connected action of development of the lots in order to determine the total wetland impact of this project. Since there is no upland or minimal upland on these lots, the developability of these lots must be considered at this time and, therefore, the need and justification for the access road.

The siting of the soil treatment systems for the lots was not specified in the original information but the application information indicated that there was upland available on all lots from the lakeshore to approximately a 100 foot setback. The current Corps of Engineers wetland

Lake Avenue Plaza: Suite 220; 714 Lake Avenue: Detroit Lakes, Minnesota 56501; (218) 847-1519, FAX (218) 846-0719
TTY/TDD (612) 282-5332 or (800) 657-3864
Central Office: St. Paul Regional Offices: Duluth • Brainerd • Detroit Lakes • Marshall • Rochester
Equal Opportunity Employer • Printed on Recycled Paper

delineation indicates that this extent of upland does not exist on the majority of the lots. Soil treatment systems must not be sited in (e.g., trench systems) or on (e.g., mound or at-grade systems) the wetland to be in compliance with Minnesota Rule chapter 7080 for Individual Sewage Treatment Systems unless one of the following actions are satisfied:

1. The local government adopts part 7080.0179 (performance standards) and meets all requirements prescribed, including designs to assure an unsaturated soil dispersal area, monitoring and mitigation plans, and routine, local management and enforcement through a renewable operating permit.

2. The local government uses the "Other System" category of chapter 7080 (7080.0178) and meets all requirements prescribed, including the installation of flow meters and application of monitoring and mitigation plans.

3. The local government submits to the MPCA for comment and adopts alternative local standards that would allow soil treatment systems in or on wetlands in accordance with Minn. R. 7080.0305 sub 6. Alternative local standards cannot be applied to systems located in shoreland; in wellhead protection areas; or to systems serving food, beverage and lodging establishments, including manufactured home parks and recreational camping areas licensed according to Minn. Stat. ch. 327.

From the Corps wetland delineation the lots would have no upland available to locate an individual sewage treatment system.

The MPCA revokes this 401 certification based upon the information provided by the Corps of Engineers in a September 26 2000 submittal indicting that the true impact of road project is 6.55 acres of impact consisting of 4.97 acres of drainage impact in addition to the 1.58 acres of fill associated with the road construction.

If the applicant chooses to reapply for a permit based on the updated wetland delineation, the following should be provided by the applicant for consideration of the 401 certification.

1. The applicant must indicate all wetland that existed on the road and lot sites and indicate the total wetland impact that would occur from the road and lot development.

2. The applicant must indicate how compliance with Minn. Rule 7080 for septic system for the individual lots will be achieved.

3. The applicant must demonstrate compliance with the 404(b)(1) guidelines and with the requirements of our water quality standards Minn. R 7050.0186 Subp. 4 to avoid and minimize impacts to wetlands.

If you have any questions regarding this action please Lisa Kraemer of my staff at (218) 846-7385.

Sincerely,

Jeff Lewis

Jeff Lewis
Regional Manager
Detroit Lakes Office
North District

LK:sb

cc: Gary Bailey
Jeff Koschak, Corps of Engineers
Kevin M. Pierard, U.S. Environmental Protection Agency, Chicago
Lynn Lewis, Field Supervisor, U.S. Fish and Wildlife Service
Kent Lokkesmoe, Director, Division of Waters, MDNR
Steve Colvin, Ecological Services, Environmental Review, MDNR
Les Lemm, SWCD, Lake of the Woods County
Gary Lockner, Environmental Services, Lake of the Woods County