50

# Assessment of Lot Sizes for Sunny Beach Development

by Mark Wespetal
7/21/03

The following assessment was conducted to determine the availability of area for two standard ISTS (e.g., mounds) on sites 1 through 14 of the Sunny Beach development based on the factors and assumptions evaluated below. This assessment is focused solely on the square footage available for two standard systems that would not be located in the floodplain or violate the 50' setback to the lake. This assessment assumes that there are no other constraints imposed on the square footage availability determinations.

**Assumptions:**

1. That a two-bedroom low water using dwelling is to be built on the lot with a flow of 180 gallons per day (the smallest unit allowed by 7080, assuming the use of a flush toilet – 7080.0125 Table 1).

2. That the county enforces their subdivision ordinance section 1.03 B. 3. that requires newly platted lots to have enough area to support two standard soil treatment sites. This ordinance provision is required by MN Rule Chp. 7080.0305 subp. 4 F, and MN Rule Chp. 6120.3500 subp. 3.

3. That systems place in floodplains are not standard systems, but alternative systems (7080.0020 subp 45 and 7080.0172 subp. 1).

4. The surface soil texture is a silt loam with a loading rate of 0.5 gallons/$ft^2$ loading rate (7080.0110 Table V). This would require 360 $ft^2$ of absorption area per mound site (7080.0170 subp. 5 B (4)), and 720 $ft^2$ of area is needed per lot.

5. That the absorption areas can abut each other, and that a 10 foot property line setback exists (7080.0170 Table IV).

6. That a 50 foot setback from the lake exists for the mounds (MN R 6120.3400 subp. 3 C and the 10/14/99 letter form Lake of the Woods County that indicated a 50 foot setback for ISTS).

3. Due to the relatively small area of floodplain on lots 6, 7, 8 and 9, less severe constraints for siting of standard mounds systems are present. However, consideration must always be given to the presence of other site constraints as described in #4 below.

4. Additional constrains must also be considered in determining if an area is suitable. The assumed suitable soil area on lots 6, 7, 8, 9, 10, 11, 12 and 13 must also be judged against the following provisions:

A. The area must meet all required setbacks (7080.0170 subp. 1. F.)

*[Note: The 100 foot setback from a shallow well effectively eliminates 31,400 ft2. The 50 foot setback from a deep well effectively eliminates 7,850 ft2. It should be noted that no setback exists between a property line and a well.*

*A good example of the effect of well setback is found on the proposed well location for lot 10 (Gowdy lot), in which the well is proposed to be placed 15 feet north of the southern property line and 75 feet west of the lake. (Sketch Plan, 2001). Assuming a deep well, the 50 foot setback would effectively eliminate most of the assumed suitable soil area for lot 10 and some of the assumed suitable soil area on lot 9. If a shallow well was installed as proposed on the Gowdy site, it would effectively eliminate all of the assumed suitable soil area for lot 10 and lot 9.]*

B. The area must be on the contour (7080.0170 subp. 5. B. (17)).

C. The area must not be in a swale (7080.0170 subp. 5. A. (4)).

D. The area must be natural soil (not cut, filled, smeared or compacted) (7080.0170 subp. 2. D. (1) and 7080.0170 subp. 5. A. (2)).

E. The soil in the area must have a percolation rate of 120 minutes per inch or less (7080.0170 subp. 5. A. (2).

F. The area must not be placed in an easement.

## Suitable Soil Area Determination - Sunny Beach Plat

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Lot #** | **Width of Assumed Suitable Soil Area** | **Length of Assumed Suitable Soil Area** | **Remaining Assumed Usable Area (ft2)** | **Needed Absorption area for two mounds for small dwelling** | **Potential for Two Standard Mound Systems** |
| | *West boundry = 100' (Lake of the Woods County suitable soil determination) East boundary = 50' lake setback or 100 year floodplain boundary* | *Lot width minus property line setback* | | | |
| 1 | 0 | 0 | no suitable area exists | 720 | no |
| 2 | 0 | 0 | no suitable area exists | 720 | no |
| 3 | 0 | 0 | no suitable area exists | 720 | no |
| 4 | 0 | 0 | no suitable area exists | 720 | no |
| 5 | 0 | 0 | no suitable area exists | 720 | no |
| 6 | 50 | 81 | 4050 | 720 | yes |
| 7 | 50 | 81 | 4050 | 720 | yes |
| 8 | 45 | 81 | 3645 | 720 | yes |
| 9 | 35 | 80 | 2800 | 720 | yes |
| 10 | 15 | 81 | 1215 | 720 | yes |
| 11 | 14 | 82 | 1148 | 720 | yes |
| 12 | 13 | 82 | 1066 | 720 | yes |
| 13 | 10 | 25 | 250 | 720 | likely no |
| 14 | 0 | 0 | no suitable area exists | 720 | no |
| | | | | | |
| | | | | | |