**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GARY BAILEY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 02-1078L** |
| **UNITED STATES OF AMERICA,** | ) | **Honorable Victor J. Wolski** |
| **Defendant.** | ) | |

# MOTION FOR A SEVEN DAY ENLARGEMENT OF TIME TO PRODUCE EXPERT REPORTS

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant requests a seven day enlargement of the deadline for the production of Defendant's expert disclosures to and including August 6, 2008.

On March 10, 2008, the Court issued an Order setting June 30, 2008 as the deadline for Plaintiff to serve expert disclosures pursuant to Rule 26(a)(2)(B). On June 30, 2008, Plaintiff served its expert disclosure.[1/] The same order provided Defendant 30 days, until July 30, 2008, to serve its expert disclosures.

Defendant's undersigned counsel will be out of the Country from July 24 through August 3, 2008, including on the date currently set for the production of Defendant's expert disclosures. Undersigned counsel attempted to have the reports completed prior to his departure, but it is now clear that Defendant's experts will be unable to produce final reports prior to counsel's departure

[1/]Plaintiff's expert disclosure failed to meet all elements of an expert production pursuant to Rule 26(a)(2)(B) in that the disclosure failed to identify the compensation of the expert and whether the expert has provided prior testimony in the past four years.

on July 24. Thus, a short extension is requested to allow undersigned counsel to return to the Country to coordinate the production of the expert reports.

On July 21, 2008, pursuant to RCFC 6.1, undersigned counsel telephoned Plaintiff's counsel, Alan Fish, to ascertain whether Plaintiff had any objection to a seven day enlargement of the deadline for the production of Defendant's expert disclosures. Plaintiff's counsel informed undersigned counsel that Plaintiff opposes the request for a seven day enlargement of the discovery deadline.

Defendant has not previously requested an extension of this deadline. Moreover, the short extension of time will not prejudice Plaintiff.

For all of the foregoing reasons, the United States respectfully requests that the Court enlarge the deadline for the production of Defendant's expert disclosures to and including August 6, 2008.

July 21, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

/s/ James D. Gette

JAMES D. GETTE
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 305-1461
Facsimile: (202) 514-8865
James.Gette@usdoj.gov

Counsel for Defendant

Of Counsel:
Steven P. Adamski
Deputy District Counsel
U.S. Army Engineer District, St. Paul
190 East 5th Street, Suite 401
St. Paul, Minnesota 55101