# In the United States Court of Federal Claims

No. 02-1078L
(Filed July 23, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **GARY BAILEY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

The Court has scheduled a status conference, to take place by telephone this morning, to resolve defendant's motion for a seven-day enlargement of time to produce expert disclosures. These are currently due on or before July 30, 2008. Plaintiff opposes the motion.

Chambers will place the calls to counsel at 11 a.m. Eastern Daylight Savings Time.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge