# In the United States Court of Federal Claims

No. 02-1078L
(Filed July 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**GARY BAILEY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference took place by telephone this morning to resolve defendant's motion for a seven-day enlargement of time to produce expert disclosures. In the course of the conference, plaintiff's counsel withdrew his opposition to the motion. Consequently, the motion is **GRANTED** as unopposed. Defendant's expert disclosures are now due **August 6, 2008**. Each of the remaining milestones for expert discovery have also been postponed by a week's time, to yield the following schedule:

- plaintiff's rebuttal disclosures are due **September 5, 2008**;
- expert discovery will close **September 19, 2008**; and,
- a joint status report is due **September 22, 2008**.

A post-discovery conference will take place, by telephone, on **September 23, 2008**. Chambers will place the calls to counsel at 3 p.m. Eastern Time.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge