# APPRAISAL REPORT

# SUNNY BEACH PROPERTY

# WILLIAMS, MINNESOTA

DATE OF INSPECTION: 6-25-08

DATE OF REPORT: 6-27-08

PREPARED BY:

SCOTT PAHLEN, APPRAISER
SCOTT PAHLEN REALTY, INC.
59516 STATE HWY 11, WARROAD, MN 56763

# SCOTT PAHLEN REALTY, INC.

Your Friends in Real Estate

59516 State Hwy. 11
WARROAD, MN 56763

www.pahlenrealty.com
E-mail: realty@wiktel.com

OFFICE (218) 386-1800
FAX# (218) 386-1817

June 27, 2008

Ms. Rita Fish-Whitlock
Alan B. Fish, P. A.
Attorneys and Counselors At Law
102 2nd Ave NW
Roseau, MN 56751

RE: Appraisal of Sunny Beach Property

Dear Ms. Fish-Whitlock:

Pursuant to your request, I have inspected the real estate described herein. The estimate of value involves land and improvements and is predicted on the following;

a. Physical inspection of the real estate.
b. Comparable sales.
c. Cost analysis, less reasonable charges for depreciation, plus a fair value to land.
d. Income analysis.
e. Appraiser's experience and perception of trends and market fluctuations.
f. Analysis of all pertinent data.

After correlation of the data compiled and pertinent, it is the opinion that as of the dates below, value of the subject property was:

| | Regulated | Unregulated |
|---|---|---|
| June 12, 2001 | $30,852.50 | $537,600 |
| October 22, 2001 | $30,852.50 | $537,600 |
| September 27, 2005 | $52,890 | $1,083,600 |
| September 25, 2007 | $88,150 | $1,498,000 |
| March 31, 2008 | $88,150 | $1,498,000 |

If you should have any questions after reading this report, feel free to call me.

Sincerely,

Scott Pahlen, Appraiser

TABLE OF CONTENTS


| | |
|---|---|
| LETTER OF TRANSMITTAL | 1 |
| TABLE OF CONTENTS | 2 |
| FIRREA TABLE OF CONTENTS | 3-4 |
| CERTIFICATION OF VALUE | 5 |
| ASSUMPTIONS AND LIMITING CONDITIONS | 6-7 |
| PURPOSE OF APPRASAL/APPRAISAL PROBLEM | 8 |
| PROPERTY RIGHTS APPRAISED | 9 |
| DEFINITION OF MARKET VALUE | 10 |
| PROPERTY PHOTOGRAPHS | 11-15 |
| AREA DESCRIPTION | 16-17 |
| TITLE AND RECORD DATA & LEGAL DESCRIPTION | 18-20 |
| HIGHEST AND BEST USE | 20 |
| SITE FEATURES & ENVIRONMENTAL CONCERNS | 21 |
| DESCRIPTION OF THE SUBJECT PROPERTY | 22 |
| DESCRIPTION OF MARKET COMPARISON APPROACH | 23 |
| MARKET COMPARISON APPROACH | 24-28 |
| COMPARABLE SALE DATA | 29-62 |
| DOCUMENTS REVIEWED | 63 |
| PLAT MAP | 64 |
| TOWNSHIP MAP | 65 |
| QUALIFICATIONS OF APPRAISERS | 66-69 |
| APPRAISERS' LICENSES | 70-71 |

APPRAISAL STANDARDS COMPLIANCE TABLE OF CONTENTS
FIRREA CHECKLIST

1. Conform to USPAP, except that the Departure Provision, which allows below minimum work, will not apply.

2. Include a disclosure of any steps taken in order to comply with the Competency Provision of USPAP.

3. Be based on the market value or other values as defined in the attached definitions.

4. i. Be written and presented in a narrative report.

ii. Be sufficiently descriptive to enable the reader to ascertain the market value and the rationale for the estimate.

iii. Provide detail and depth reflective of the complexity of the property appraised.

5. Analyze and report in reasonable detail any prior sales of the property within the last three years.

6. Analyze and report current revenues, expenses, and vacancies on income producing properties rather than upon estimated or projected figures not supported by current market conditions.

7. Use a reasonable marketing period for the property.

8. Analyze current market conditions and trends that will affect the income, absorption, or value of the property.

9. Report the "as is" (using appropriate deductions and discounts for holding and marketing costs and entrepreneurial profit) and the stabilized market values for development property; report both the value in use and value as vacant for owner/occupied property.

10. Include in the USPAP-required certification and additional statement that: "the appraisal assignment was not based on a requested minimum valuation, a specific valuation or the approval of a loan."

APPRAISAL STANDARDS COMPLIANCE TABLE OF CONTENTS, CONTINUED
FIRREA CHECKLIST

11. Contain sufficient supporting documentation to allow the reader to ascertain the appraiser's report logic, reasoning, judgment, and analysis.

12. Include a legal description of the subject property (in addition to the description required by USPAP).

13. Identify and value separately any non-real estate items.

14. Use and reconcile the income, direct sales, and cost approaches to value, and explain the omission of any approach not used.

15. Disclose any items not provided to the appraiser.

# CERTIFICATION OF VALUE

I, the undersigned, do hereby certify that I have personally inspected the property located at:

Sunny Beach
Williams, MN 56686

To the best of my knowledge and belief, the statements of fact contained in this report and upon which the opinions herein are based, are true and correct, subject to the assumptions and limiting conditions explained in the report.

Employment in and compensation for making this appraisal are in no way contingent upon the value reported, and I certify that I have no interest, either present or contemplated, in the subject property. I have no personal interest or bias with respect to the subject matter of the appraisal report or the parties involved.

This appraisal report identifies all of the limiting conditions (imposed by the terms of my assignment or by the undersigned) affecting the analysis, opinions, and conclusions contained in this report.

No one other than the undersigned prepared the analysis, opinions, or conclusions concerning real estate that are set forth in this appraisal report.

This appraisal report has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and Standards of Professional Conduct of the American Institute of Real Estate Appraisers of the National Association of Realtors.

Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser or the firm with which he is connected) shall be disseminated to the public through advertising media, public relations media, sales media or any other public means of communication without the prior written consent and approval of the undersigned.

_________________________ 6-27-08
(signature) Scott Pahlen

_________________________ 6-27-08
(signature) Nels Grafstrom

## ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal report has been made with the following general assumptions:

1. No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated.

2. The property is appraised free and clear of any or all liens or encumbrances unless otherwise stated.

3. Responsible ownership and competent property management are assumed.

4. The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.

5. All engineering is assumed to be correct. The plot plans and illustrative material in this report are included only to assist the reader in visualizing the property.

6. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

7. It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.

8. It is assumed that all applicable zoning and used regulations and restrictions have been complied with, unless nonconformity has been stated, defined, and considered in the appraisal report.

9. It is assumed that all required licenses, certificates of occupancy, consents, or other administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

10. It is assumed that the utilization of the land and improvements are within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in the report.

## ASSUMPTIONS AND LIMITING CONDITIONS, CONTINUED

This appraisal report has been made with the following general limiting conditions:

1. The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

2. Possession of this report, or a copy thereof, does not carry with the right of publication. It may not be used for any purpose by any person other than party to whom it is addressed without the written consent of the appraiser, and in any event only with proper written qualification and only in its entirety.

3. The appraiser herein by reason of this appraisal is not required to give further consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been previously made.

4. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news , sales, or other media, without the prior written consent and approval of the appraiser.

5. Disclosure of the contents of the appraisal report is governed by the By-laws and Regulations of the professional appraisal organizations with which the appraiser is affiliated.

6. Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances.

7. The presence of substances such as asbestos, urea-formaldehyde foam insulation or other potentially hazardous materials may affect the value of the property. The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to establish value of the property at Sunny Beach, both regulated and unregulated, at different dates in the past 7 years.

## THE APPRAISAL PROBLEM

Ms. Rita Fish-Whitlock requested an appraisal for this property. We have been asked to establish market value as defined in this report. The income and cost approaches have been disregarded since the subject property is un-improved and is not income producing. The market comparison approach is the main determining factor for value. Some other items of concern that will need to be addressed in the report are local rates, trends, and the local economy.

USPAP-FIRREA acknowledgement:

I agree to accept the appraisal assignment as outlined above and will, to the best of my ability, perform to FIRREA and USPAP standards.

_______________ 6-27-08
Scott Pahlen, Appraiser

_______________ 6-27-08
Nels Grafstrom, Appraiser

## PROPERTY RIGHTS APPRAISED

The subject real estate will be appraised by estimating the market value of the fee simple interest of the real estate. For use in this appraisal, the definition of the fee simple interest shall conform to the following definition obtained from page 87 of the real estate appraisal terminology by Byrl N. Boyce PH.D., published in 1975.

> "FEE SIMPLE INTEREST"
>
> An absolute fee; a fee without limitation to any particular class of heirs or restrictions, but subject to the limitations of eminent domain, escheat, police powers and taxation. An inheritable estate.

## MARKET VALUE

Market value is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeable, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of good title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated.

2. Both parties are well informed and well advised, and acting in what they consider their own best interests. When it is unlikely that the sale can be completed within 12 months—the property appraiser must discount all cash flows generated by the property to obtain the estimate of market value.

3. A reasonable period of time is allowed for exposure in the open market.

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto.

5. The price represents normal consideration for the property sold unaffected by special or creative financing or sales concessions granted to anyone associated with the sale, or other special or creative terms, services, fees, costs or credits involved in the transaction.

11









12









13

















15







LAKE OF THE WOODS COUNTY AREA DESCRIPTION

Lake of the Woods County lies in north-central Minnesota along the Canadian Border. Minneapolis is 360 miles S, Winnipeg, Manitoba is 145 miles NW, and Grand Forks, North Dakota is 170 miles SW. The population of Lake of the Woods County is about 5,000 with Baudette having a population of about 1,250. Other small municipalities include Williams, and Graceton, and many people inhabit the areas along the Rainy River and Lake of the Woods shoreline, including the Northwest Angle.

The area is well known for a large lake called Lake of the Woods which encompasses over 950,000 acres and has over 14,000 islands. This lake lies in Minnesota and two Canadian provinces (Manitoba and Ontario). The lake supports a large tourist industry as well as strong property values near it's shores. This lake brought early explorers to the area in the late 1700s and was the main reason this area was settled prior to much of Minnesota.

The topography of the area is mainly level to the eye and much of the inhabited area of Lake of the Woods County is surrounded by rich black farmland. Main crops are wheat, sunflowers, oats, barley, hay, flax, canola, timothy, and bluegrass. There are also numerous dairy and beef cattle farms.

The largest industry in Lake of the Woods County is Solvay Pharmaceuticals, located in Baudette. The major employer for the area is Marvin Windows in Warroad which currently employs around 3,000. A snowmobile and recreational vehicle manufacturer in Roseau (Polaris Industries) employs around 2,000. Other manufacturers in the area include wood stove manufacturers and a hockey stick factory. The tourism industry is one of the mainstays for employment. Many resorts lie along the Rainy River and south shore of the lake. Lake of the Woods County continually has one of the lower unemployment rates in the state.

Across the southern part of the county lies a large state forest (Beltrami Island). This huge expanse of land (650,000 acres) is mostly high sandy soils because it was an island at the time of Lake Agassiz during ice age melt-off. This area is open for public use and much of the timber industry buys stumpage from public agencies within the forest.

The area's transportation needs are serviced by the Canadian National RR and MN highways #11 & #72. Airports are located in Baudette and Warroad.

County banks include Border State Bank, Wells Fargo, and First Federal Bank, all located in Baudette.

LAKE OF THE WOODS COUNTY AREA DESCRIPTION, CONTINUED

The government of Lake of the Woods County is typical of many counties with a board of commissioners, township officers and mayor-council in the municipalities.

The school systems have been upgraded with a new facility in Baudette. Students on the west side of Lake of the Woods County attend school in Warroad. The closest college is in International Falls (68 miles E). Many area students also attend college in Bemidji, MN.

Police and fire protection is available in all parts of Lake of the Woods County. The towns each have a volunteer fire department. Police protection is provided as a blanket by the Lake of the Woods County Sheriff's Department with Baudette offering a city police department.

Baudette's hospital has recently completed an extensive expansion and remodeling effort.

# TITLE AND RECORD DATA

## LEGAL DESCRIPTION

Lots 1-14, Sunny Beach Plat and Government Lot 3, NW1/4 SW1/4, that part of SE1/4 SW1/4 & Government Lot 4 lying north of ditch and less that part of Government Lots 3 & 4 platted to Sunny Beach 21-163-33

## LAND AREA

88.15 acres

## SERVICES

Public water & sewer are not available. The property has wells and septic systems. Telephone service is by CenturyTel and electrical service is from Northstar Electric of Baudette. Although public transportation is nearly nonexistent, this is normal for the area.

## HIGHEST AND BEST USE

Lakeshore development

## AREA ECONOMY

Area is dependant on tourism, manufacturing, forest products, and agriculture. Unemployment rate in Lake of the Woods County is continually one of the lowest in out-state Minnesota. The area relies on a window manufacturer (Marvin Windows in Warroad), a recreational vehicles manufacturer (Polaris Industries in Roseau), and a pharmaceutical company. Other local industries are wood stove manufacturers and a number of other small industries, including gaming. The economy is expected to remain stable in the area with slow to steady growth.

## POPULATION

Lake of the Woods County has a population of about 5,000. Population has remained steady the past ten years and is expected to continue.

TITLE AND RECORD DATA, CONTINUED

TRANSPORTATION

| | |
|---|---|
| Rail Lines: | Canadian National runs along the Border and around the southern part of Lake of the Woods |
| Highways: | State Hwy #11, #72, & #172 |
| Airport: | Baudette & Warroad both have airports |

BANKS

Baudette has Wells Fargo, First Federal & Border State Bank

MACRO LOCATION

Lake of the Woods County is located in the north central part of Minnesota. The north border of the county is the US-Canadian border. Closest major cities are: Duluth—240 miles SE; Minneapolis-St.Paul—360 miles S; Winnipeg, Manitoba—145 miles NW; Grand Forks, ND—170 miles SW.

GOVERNMENT

Lake of the Woods County has a Board of Commissioners and a Mayor/Council government.

EDUCATION

Baudette has a public K-12 school system.

FIRE DEPARTMENT

Local volunteer

POLICE DEPARTMENT

Lake of the Woods County Sheriff's Department

MEDICAL FACILITIES

Baudette has a newer hospital. There is also a nursing home located there. Warroad has Altru clinic and a nursing home.

## INSPECTION

The subject property was inspected on June 25, 2008.

## HIGHEST AND BEST USE

That reasonable and probable use that will support the highest present value, as defined, as of the effective date of the appraisal.

Alternatively, that use, from and among reasonably probable and legal alternative uses, found to be physically possible, appropriately supported, financially feasible, and which results in the highest land use.

The definition immediately above applies specifically to the highest and best use of land. It is to be recognized that in cases where a site has existing improvements on it, the highest and best use may very well be determined to be different from the existing use. The existing use will continue, however, unless and until land value in its highest and best use exceeds the total value of the property in its present use.

Implied within these definitions is recognition of the contribution of that specific use to community environment or to community development goals in addition to wealth maximization of individual property owners.

Also implied is that the determination of highest and best use results from the appraiser's judgment and analytical skill, i.e., that the use determined from analysis represents an opinion and not a fact to be found. In appraisal practice the concept of highest and best use represents the premise upon which value is based.

### HIGHEST AND BEST USE OF THE LAND

| | |
|---|---|
| Regulated | Recreation/Hunting |
| Unregulated | Lakeshore Development |

## SITE FEATURES

1. Road access is on County Road 53 and Sandy Shores Drive.

2. Topography is mainly level with a good view of Lake of the Woods.

3. Subject has average visibility from County Road 53 and Sandy Shores Drive.

4. Land is of normal shape and proximity does not affect value.

## ENVIRONMENTAL CONCERNS

Contamination, hazardous wastes, pollution, asbestos, etc. are becoming a great concern in the valuation of real estate. This appraisal has several disclaimers about these issues. An appraiser is not normally qualified to detect these substances and accepts no liability for doing so. It is the responsibility of the appraiser to disclose any "red flags" that might indicate problems. I have no knowledge nor did I see any evidence of any substances that would affect the value of the subject land.

## Sunny Beach Property

The subject property is located along Lake of the Woods just south of the development known as Sandy Shores in Lake of the Woods County. Vehicle access is from County Road 53 on the west side of the property and Sandy Shores Drive on the north edge. Land size is 74.95 acres on the west side of the road. The plat of Sunny Beach encompasses a total of 13.2 acres, split into 14 lots with similar sizes and water frontage amounts.

There are currently no building improvements on the property and the only improvements include the disputed road and driveways into the lots.

Property west of the road is mainly woods/brush and land that would be considered recreational. A small portion of the property was formerly used for agricultural purposes, but this is no longer the case. The property next to the lake is mainly wooded with a mixture of trees.

The subject property has been valued using five different dates:

| | |
|---|---|
| June 12, 2001 | Date of permit denial |
| October 22, 2001 | Date of restoration order |
| September 27, 2005 | Date U.S. commenced suit to judicially enforce restoration order |
| September 25, 2007 | Date U.S. was granted summary judgment for its request to judicially enforce restoration order |
| March 31, 2008 | Date judgment was entered |

Values are determined using sales data from the Lake of the Woods County Assessor's office. The market area was defined as the subject township, Prosper, and the two adjacent townships, Lakewood & Zippel. Each date will have values as a developed property and as undeveloped property with a mixed use of recreational/hunting and a small amount of agricultural land.

## DESCRIPTION OF THE MARKET COMPARISON APPROACH

The sales comparison approach is a method of estimating market value in which a subject property is compared with similar properties that have sold recently. Preferably, all properties are in the same geographic area. One premise of the sales comparison approach is that the market will establish a price for the subject property in the same manner that the prices of comparable, competitive properties are established.

The sale prices of the properties deemed most comparable to the subject property tend to set the range in which the value of the subject property will fall. Further consideration of the comparative data indicates to the appraiser a figure representing the value of the appraised property, in keeping with the definition of value sought, as of the date of the appraisal. Essentially, the sales comparison approach is a systematic procedure for comparison. In applying the sales comparison approach, an appraiser:

1. Researches the market to obtain information about transactions, listings, and other offering of properties similar to the subject property.
2. Verifies the information through a knowledgeable source, preferably one of the participants in the transaction, by considering whether the (1) data obtained are factually accurate, (2) transactions reflect arms-length market considerations.
3. Determines relevant units of comparison. For example, acre, square foot, multiplier, and develops a comparative analysis for each unit.
4. Compares the subject property and comparable sales and adjusts the sale price of each comparable as appropriate or eliminates the property as a comparable.
5. Reconciles the several value indications that result from the comparables into a single value indication.

Estimating the degree of comparability between two properties involves judgment about their similarity. This judgment is based on consideration of elements of comparison—the characteristics of properties and transactions that cause prices to vary.

The elements of comparison are (1) financing terms, (2) conditions of sale, (3) market conditions (time), (4) location, (5) physical characteristics, and (6) income characteristics. Adjustments for them are made to the price of each comparable property as appropriate. *

* Taken from Understanding the Appraisal, 1986, American Institute of Real Estate Appraisers of the National Association of Realtors; 430 N. Michigan Ave., Chicago, IL 60611-4088

## June 12, 2001

**Value of land as regulated prohibiting the placement of fill structures and roads**

Farm, timber and recreational property sales during the years of 2000 and 2001 in the townships of Lakewood, Prosper, and Zippel, sold in the range of value from $250/acre - $1,047/acre. There were 3 state sales that were at the high end of these amounts. All sold in May of 2001 and sold above the going rate in the market at the time and are not considered good value indicators. According to the most similar sales, the value of the subject property with a recreational use is $350/acre. Applying this to the subject, the total value is

88.15 acres X $350 = $30,852.50

**Value of land without effect of regulations**

Value for the western 56 acres of the subject property is the same as the undeveloped property. However, the back lots on the west side of the road that were going to be sold to the owners on the lake side of the road have a higher value. The lots across the road from the developments at Sandy Shores and Birch Beach sold for $3,000 - $9,900 in 2000 & 2001 depending on the size of the lot. Since there were 14 lots in Sunny Beach, there would have been 14 back lots. These sites were expected to be around 1.3 acres which would be larger than most back lots at Sandy Shores and Birch Beach, so an $8,000 value is given. The most similar sales for lake front properties occurred in the development of Sandy Shores. These two sales were for $28,200 in May 2000 and $30,000 in May 2000. Both had 100' of frontage on the lake. These sales indicate a value of $29,000 per lot at this time.

| | |
|---|---|
| 56 acres x $350 = | $ 19,600 |
| 14 back lots x $8,000 = | $112,000 |
| 14 lots x $29,000 = | $406,000 |
| | $537,600 |

**Value Difference = $506,747.50**

# October 22, 2001

**Value of land as regulated prohibiting the placement of fill structures and roads**

Value differences between June 12, 2001 and October 22, 2001 are non-existent. There were a few sales of similar mixed recreational and agricultural property, but all were within the previous range and none of the transactions warranted an increase or decrease in market value.

88.15 acres X $350 = $30,852.50

**Value of land without effect of regulations**

Developed properties with water frontage and back lots did not experience a reduction or rise in values in the 4 months between June and October of 2001. The values remain the same.

| | |
|---|---|
| 56 acres x $350 = | $ 19,600 |
| 14 back lots x $8,000 = | $112,000 |
| 14 lots x $29,000 = | $406,000 |
| | $537,600 |

**Value Difference = $506,747.50**

# September 27, 2005

**Value of land as regulated prohibiting the placement of fill structures and roads**

Farm, timber and recreational property sales during the years of 2004 and 2005 in the market area sold in the value range from $296/acre - $1,250/acre. One sale of great interest was 145.1 acres for $175,000 on 3/25/2004. This sale included 500 feet of usable frontage along the lake. The value per acre for this property was $1,206, but is considered superior to the subject property since it has usable land along the lake while the subject does not. According to the most similar sales, the value of the subject property with a recreational use is $600/acre. Applying this to the subject, the total value is

88.15 acres X $600 = $52,890

**Value of land without effect of regulations**

Value for the western 56 acres of the subject property is the same as the undeveloped property. Back lot values sold up to $18,000, but this amount was higher than most and the value per back lot is $10,000. Two sales of lake front properties took place in the development of Sandy Shores. One sold for $60,000 in January 2004 and the other for $37,500 for a ½ lot in July 2004. These sales indicate a value of $65,000 per lot at this time.

| | |
|---|---|
| 56 acres x $600 = | $ 33,600 |
| 14 back lots x $10,000 = | $140,000 |
| 14 lots x $65,000 = | $910,000 |
| | $1,083,600 |

**Value Difference = $1,030,710**

## September 25, 2007

**Value of land as regulated prohibiting the placement of fill structures and roads**

Farm, timber and recreational property sales during the years of 2006 and 2007 in the market area sold in the value range from $500/acre - $1,450/acre. According to the most similar sales, the value of the subject property with a recreational use is $1,000/acre. Applying this to the subject, the total value is

88.15 acres X $1,000 = $88,150

**Value of land without effect of regulations**

Value for the western 56 acres of the subject property is the same as the undeveloped property. Back lot values sold up to $21,600, but this amount was higher than most and the value per back lot is $10,000. Two similar sales of unimproved lake front property took place. Both were in the Sandy Shores development north of the subject property. One occurred in January 2007 and sold for $96,000. The sale price of the other was $135,000 and included a lot and a half and a back lot. The date of this sale was 8/7/06. These sales indicate a value of $93,000 per lot at this time.

| | |
|---|---|
| 56 acres x $1,000 = | $ 56,000 |
| 14 back lots x $10,000 = | $140,000 |
| 14 lots x $93,000 = | $1,302,000 |
| | $1,498,000 |

**Value Difference = $1,409,850**

## March 31, 2008

**Value of land as regulated prohibiting the placement of fill structures and roads**

Value differences between September 25, 2007 and March 31, 2008 are non-existent. There were a few sales of similar mixed recreational and ag property, but all were within the previous range and none of the transactions warranted an increase or decrease in market value.

101.95 acres X $1,000 = $88,150

**Value of land without effect of regulations**

Developed properties with water frontage and back lots did not experience a reduction or rise in values in the 6 months between September 2007 and March 2008. The values remain the same.

| | |
|---|---|
| 56 acres x $1,000 = | $ 56,000 |
| 14 back lots x $10,000 = | $140,000 |
| 14 lots x $93,000 = | $1,302,000 |
| | $1,498,000 |

**Value Difference = $1,409,850**

# PROSPER - RESIDENTIAL & SEASONAL

## 2001

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.31.33.120 | 5/4/01 | P. Kruse to Robert Selstad | WD | 75,000 | .56 ac 100 FF | | old | 23,000 | 31% |
| 2 | 16.32.34.010 | 5/7/01 | G. Merck to Walsh Properties, L.L.C. | WD | 42,500 | 7.00 ac | | blt 1980 1124 sq ft | 50,800 | 120% |
| 3 | 16.55.01.210 | 5/9/01 | J. Hedlund to Raynard Lundgren | WD | 78,400 | 100 ff | | 1032 sq ft | 78,400 | 100% |
| 4 | 16.08.23.000 16.53.01.410 | 5/25/01 | R. Lundgren to Myron Norberg | WD | 55,000 | 50 ff | | 468 sq ft | 50,000 | 91% |
| 5 | 16.58.50.011 | 6/8/01 | J. Nyhus to John Poland | WD | 6,000 | | | lot only | 4,500 | 75% |
| 6 | 16.08.23.020 | 7/16/01 | S. Pahlen to Deborah Sontowski | CD | 7,502 | 6.97 ac | | lot only | 3,400 | 45% |
| 7 | 16.08.23.000 | 9/10/01 | S. Pahlen to Deborah Sontowski | CD | 6,600 | 8.95 | | lot only | 4,400 | 67% |
| 8 | 16.52.00.120 16.08.43.040 | 6/30/01 | J. Field to Patrick Reicherts etal | WD | 64,000 | 80 ff | | 864 sq ft | 57,800 | 90% |
| 9 | 16.55.01.400 | 10/18/01 | B. Olson to David House | WD | 90,000 | 100 ff | | 1036 sq ft | 89,800 | 100% ✓ |
| 10 | 16.57.01.050 | 10/26/01 | B. Trottier to Ray Spilde | WD | 28,500 | 100 ff | | lot only | 15,000 | 53% |
| 11 | | | | | | | | | | #DIV/0! |
| 12 | | | | | | | | | | #DIV/0! |
| 13 | | | | | | | | | | #DIV/0! |
| 14 | | | | | | | | | | #DIV/0! |
| 15 | | | | | | | | | | #DIV/0! |
| 16 | | | | | | | | | | #DIV/0! |
| 17 | | | | | | | | | | #DIV/0! |
| 18 | | | | | | | | | | #DIV/0! |
| 19 | | | | | | | | | | #DIV/0! |
| 20 | | | | | | | | | | #DIV/0! |
| 21 | | | | | | | | | | #DIV/0! |
| 22 | | | | | | | | | | #DIV/0! |
| 23 | | | | | | | | | | #DIV/0! |
| 24 | | | | | | | | | | #DIV/0! |
| 25 | | | | | | | | | | #DIV/0! |
| 26 | | | | | | | | | | #DIV/0! |
| 27 | | | | | | | | | | #DIV/0! |
| 28 | | | | | | | | | | #DIV/0! |
| 29 | | | | | | | | | | |

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

# PROSPER - RESIDENTIAL & SEASONAL

16

2000

© WILSON JONES COMPANY G7804 ColumnWrite ® MADE IN U.S.A.

| | PARCEL | DATE | SELLER - BUYER | DEED | SALE PRICE | LOT SIZE | PRICE PER FF OR AC. | BLDG. & PROP CLASS LOC. ETC. | EMV | RATIO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 53.01 .330 | 1/00 | D. SNUSTAD TO JACK LUNDBOHM | W/D | 65000 | 50 FF | | SCHMIDT WAAG 952# | 58300 | 90% |
| 2 | 55.01 .310 | 4/00 | N. SHETTERLY TO CLINTON GILBERTSON | W/D | 75185 | 100 FF | | S. SHORES 1056# | 73100 | 97% |
| 3 | 56.01 .100 | 5/00 | R. HITES TO JOEL MEADE | W/D | 28200 | 100 F.F. | | LOT ONLY | 22500 | 80% |
| 4 | 50.01 .010 | 4/00 | RAMSAY TRST. TO TOM BERGGREN | TR/D | 25000 | 250 FF | 100 | LOT ONLY | 32000 | 128% |
| 5 | 54.02 .130 | 4/00 | R. DYBEDAHL TO MIRIAM BALDWIN | W/D | 750 | 50 FF | | LOT ONLY | 500 | 67% |
| 6 | 55.01 .220 | 4/00 | L. JOHNSON TO PAHLEN-FICHTER | W/D | 95000 | 100 F.F. | | 1072# | 87100 | 92% |
| 7 | 59.01 .080 | 4/00 | W. HOLMGREN TO MIKE SIMMONDS | W/D | 105600 | 1RR | | 784# | 94300 | 89% |
| 8 | 60.01 .020 | 6/00 | S. SHORES TO THOMAS PRICE | W/D | 3300 | 100x400 | | LOT ONLY | 2900 | 88% |
| 9 | 60.01 .300 | 5/00 | D. MEADE TRST TO ELTON ERDAHL | W/D | 9900 | 300x400 | | LOTS ONLY | 8700 | 88% |
| 10 | 55.01 .060 | 6/00 | D. HAUG TO ROY CASEY | C/D | 75000 | 100 FF | | 784# | 59200 | 79% |
| 11 | 56.01 .120 | 5/00 | R. HITES TO ACEY OLSON | W/D | 30000 | 100x313.300 | | LOT ONLY | 22500 | 75% |
| 12 | 52.003 .160 | 8/00 | R. SWATEK TO ROY SANDSTROM | W/D | 81000 | 100 FF | | 640# | 46400 | 57% |
| 13 | 54.02 .010 | 9/00 | G. OLSON TO DENNIS KOSTER | | 5500 | | | LOT ONLY | | |
| 14 | 60.01 .200 | 8/00 | J. MEADE TO KELLY WICKLUND | C/D | 3800 | 100x400 | | LOT ONLY | 2900 | 76% |
| 15 | 18.43 .030 | 9/00 | FULLER TRUST TO GORDON SORENSON | C/D | 7500 | 10 AC | | LOT ONLY | SPLIT | |
| 16 | 55.01 .420 | 11/00 | D. HOUSE TO FRANCES THOMPSON | W/D | 170000 | 100 F.F. | | 1844# /GAR | 108100 | 64% |
| 17 | 08.34 .030 | 6/00 | J. LUNDBOHM TO PAUL KING | W/D | 41000 | | | | 39900 | |
| 18 | 50.02 .151 | 12/00 | AM FED BANK TO TERRY SOINE | W/D | 55600 | 75 F.F. | | LAKE SIDE 1296# | 49200 | 88% |
| 19 | 57.01 .190 | 12/00 | D. AANDAL TO RAY SPILDE | W/D | 85000 | 50 F.F. | | BIRCH BEACH 896# | 76400 | 89% |
| 20 | 51.02 .270 | 11/00 | K. WICKLUND TO CAROL EDSTROM | W/D | 45000 | BACK LOT | | | 57700 | 128% |

# PROSPER - FARM & TIMBER

## 2001

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.18.43.010 | 5/21/01 | Fuller Family Tr. to Gordon Sorenson | CD | 7,500 | 10.00 ac | | | 5,500 | 73% |
| 2 | 16.08.23.000 | 6/14/01 | G. Larson to Scott Pahlen | WD | 5,000 | 15.92 ac | | lot only | 7,700 | 154% |
| 3 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 4 | | | | | | | | | | #DIV/0! |
| 5 | | | | | | | | | | #DIV/0! |
| 6 | | | | | | | | | | #DIV/0! |
| 7 | | | | | | | | | | #DIV/0! |
| 8 | | | | | | | | | | #DIV/0! |
| 9 | | | | | | | | | | #DIV/0! |
| 10 | | | | | | | | | | #DIV/0! |
| 11 | | | | | | | | | | #DIV/0! |
| 12 | | | | | | | | | | #DIV/0! |
| 13 | | | | | | | | | | #DIV/0! |
| 14 | | | | | | | | | | #DIV/0! |
| 15 | | | | | | | | | | #DIV/0! |
| 16 | | | | | | | | | | #DIV/0! |
| 17 | | | | | | | | | | #DIV/0! |
| 18 | | | | | | | | | | #DIV/0! |
| 19 | | | | | | | | | | #DIV/0! |
| 20 | | | | | | | | | | #DIV/0! |
| 21 | | | | | | | | | | #DIV/0! |
| 22 | | | | | | | | | | #DIV/0! |
| 23 | | | | | | | | | | #DIV/0! |
| 24 | | | | | | | | | | #DIV/0! |
| 25 | | | | | | | | | | #DIV/0! |
| 26 | | | | | | | | | | #DIV/0! |
| 27 | | | | | | | | | | #DIV/0! |
| 28 | | | | | | | | | | #DIV/0! |
| 29 | | | | | | | | | | |

32

# PROSPER - FARM & TIMBER

16

1995-00

© WILSON JONES COMPANY G7504 ColumnWrite ®

| Initials | Date |
|---|---|
| Prepared By | |
| Approved By | |

MADE IN U.S.A.

| PARCEL | DATE SOLD | SELLER - BUYER | DEED | SALE PRICE | TOTAL ACRES | TILL ACRES | PER AC. LAND ONLY | PER AC. W/BLDG. | FMV | RATIO |
|---|---|---|---|---|---|---|---|---|---|---|
| 17,34,.000 | 2/96 | G. BAILEY to BRUCE LAUGTUG | C/D | 30000 | 120 | – | 250 | – | 19300 | 64% |
| 08,23,.000 | 6/96 | L. KLAMM to GEORGE LARSON | | 10500 | 20 | | 525 | | SPLIT | |
| 08,23,.010 | 6/96 | L. KLAMM to HARVEY SCHMIDT | | 10500 | 20 | | 525 | | SPLIT | |
| 07,22,.000 | 8/97 | J. RAHENKAMP to JAMES SORENSON | W/D | 10000 | 36 | – | 250 | | 5900 | 59% |
| 29,31,.000 | 9/97 | G. ANDRES to BRUCE NELSON | W/D | 7500 | 40 | – | 188 | | 7000 | 93% |
| 07,21,.000 | 5/98 | L. KOERTH to JAMES SORENSON | W/D | 10000 | 40 | | 250 | | SPLIT 7800 | |
| 20,42,.000 | 8/98 | G. BAILEY to JEFF DAHL | C/D | 10000 | 40 | | 250 | | 8000 | 80% |
| 20,12,.000 | 12/98 | B. LAUGTUG to JACQUELINE ASP | C/D | 18000 | 40 | | 450 | | 7800 | 43% |
| 20,12,.010 | 12/98 | J. ASP to DUANE BESSLER | C/D | 13000 | 29 | | 450 | | SPLIT | |
| 33,33,.040 | 5/00 | ST. OF MN to SCOTT PAHLEN | | 3270 | 10 | | | | EXEMPT | |
| 33,33,.030 | 7/00 | S. PAHLEN to THAD EHLENFIELD | | 5300 | 10 | | LOT ONLY | | 1500 | 28% |

# LAKEWOOD - RESIDENTIAL & SEASONAL

## 2001

| | Parcel Number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.51.01.030 | 4/16/01 | J. Stennes to Arnesen's Rocky Point | WD | 13,000 | | | M/H | change in use | |
| 2 | 14.53.01.040 | 8/14/01 | M. Stenberg to David Johnson | WD | 74,250 | 84 ff | | 720 sq ft 1 car | 51,500 | 69% |
| 3 | 14.14.43.010 | 8/22/01 | R. Hanson to Jay Mueller | CD | 8,600 | 5 ac | 1720 | | 4,400 | 51% |
| 4 | 14.50.04.040 | 10/5/01 | R. Wicklander to Michael Lindholm | WD | 21,500 | 100 x 140 | | M/H | 13,400 | 62% |
| 5 | | | | | | | | | | #DIV/0! |
| 6 | | | | | | | | | | #DIV/0! |
| 7 | | | | | | | | | | #DIV/0! |
| 8 | | | | | | | | | | #DIV/0! |
| 9 | | | | | | | | | | #DIV/0! |
| 10 | | | | | | | | | | #DIV/0! |
| 11 | | | | | | | | | | #DIV/0! |
| 12 | | | | | | | | | | #DIV/0! |
| 13 | | | | | | | | | | #DIV/0! |
| 14 | | | | | | | | | | #DIV/0! |
| 15 | | | | | | | | | | #DIV/0! |
| 16 | | | | | | | | | | #DIV/0! |
| 17 | | | | | | | | | | #DIV/0! |
| 18 | | | | | | | | | | #DIV/0! |
| 19 | | | | | | | | | | #DIV/0! |
| 20 | | | | | | | | | | #DIV/0! |
| 21 | | | | | | | | | | #DIV/0! |
| 22 | | | | | | | | | | #DIV/0! |
| 23 | | | | | | | | | | #DIV/0! |
| 24 | | | | | | | | | | #DIV/0! |
| 25 | | | | | | | | | | #DIV/0! |
| 26 | | | | | | | | | | #DIV/0! |
| 27 | | | | | | | | | | #DIV/0! |
| 28 | | | | | | | | | | #DIV/0! |
| 29 | | | | | | | | | | |

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

# LAKEWOOD - RESIDENTIAL & SEASONAL

14

1999-00

© WILSON JONES COMPANY G7504 ColumnWrite ® MADE IN U.S.A.

| PARCEL | DATE SOLD | SELLER - BUYER | DEED | SALE PRICE | LOT SIZE | PRICE PER F.F. OR AC. | BLDG. P.PROP. CLASS. LOC. ETC. | EMV | RATIO |
|---|---|---|---|---|---|---|---|---|---|
| 15.41.021 | 2/99 | S. PHALEN TO JEFFREY AUKER | C/D | 4900 | 10A | | LOT ONLY | 3300 | 67% |
| 15.44.010 | 3/99 | J. BARTLESON TO DAVID FORSBERG | W/D | 3000 | 5A | | LOT ONLY | 2500 | 83% |
| 51.02.050 | 4/99 | F. HANSON TO DAVID SJOSTRAND | FD/D | 13000 | | | 651 ☐ M/H | 10000 | 77% |
| 50.04.120 | 9/99 | S. MATZYE TO JOE ADSERO | W/D | 10000 | | | M/H | 7200 | 72% |
| 51.02.070 | 8/99 | V. WAAGE TO CONSTANCE NORDINE | W/D | 6500 | | | 480 ☐ | 10900 | 168% |
| | | | | | | | | | |
| | | | | | | | | | |
| 05.31.070 | 2/00 | L. DEMARAIS TO ARENSON'S | C/D | 90000 | 175 F.F. 3.34A. | | M/H CHANGE OF USE | 37500 | |
| 50.01.010 | 4/00 | V. RADI TO ALICE BRETAG | W/D | 58000 | 50 FF. | | 722 ☐ | 41600 | 72% |
| 50.04.140 | 8/00 | D. ODEGAARD TO WES SKIBICKI | W/D | 5500 | | | LOT ONLY | 4000 | 73% |
| 51.02.080 | 6/00 | D. HARPER TO THOMAS SCHUTZ | W/D | 4750 | | | | 7300 | 154% |
| 50.02.060 | 10/00 | G. SCHMITT TO BYRON EGG | W/D | 71000 | 50 F.F. | | (CROCKETT ST) 1218 ☐ | 50400 | 71% |
| 50.06.014 | 9/00 | J. HAUGEN TO JOHN STAUFFENECKER | W/D | 20000 | | | (CROCKETT ST) 520 | 17800 | 89% |
| 14.43.011 | 10/00 | R. HANSON TO CHARLES STEWART | C/D | 5550 | 5A | | LOT ONLY | SPLIT | |
| 14.43.012 | 11/00 | R. HANSON TO SCOTT ALBRECHT | C/D | 6262 | 10A | | LOT ONLY | SPLIT | |
| 50.05.101 | 10/00 | G. SCHMITT TO DONALD CASH | C/D | 23000 | | | GARAGE | 13300 | |
| 53.03.020 | 1/00 | C. SEVERSON TO JOHN ARNESEN | W/D | 12500 | | | M/H | 12300 | |

# LAKEWOOD - FARM & TIMBER

## 2001

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.11.14.000 | 5/11/01 | State of MN to Bruce E. Erickson | AC | 16,700 RE 8,763 TIM | 40 ac | $661 | | state sale | |
| 2 | 14.12.24.000 | 5/11/01 | State of MN to Gary Olson | AC | 22,800 RE 19,067 TIM | 40 ac | $1,047 | | state sale | |
| 3 | 14.12.12.000 | 5/22/01 | State of MN to Long Point Huntg Club | AC | 21,600 RE 11140 TIM | 40 ac | $819 | | state sale | |
| 4 | | | | | | | | | | #DIV/0! |
| 5 | | | | | | | | | | #DIV/0! |
| 6 | | | | | | | | | | #DIV/0! |
| 7 | | | | | | | | | | #DIV/0! |
| 8 | | | | | | | | | | #DIV/0! |
| 9 | | | | | | | | | | #DIV/0! |
| 10 | | | | | | | | | | #DIV/0! |
| 11 | | | | | | | | | | #DIV/0! |
| 12 | | | | | | | | | | #DIV/0! |
| 13 | | | | | | | | | | #DIV/0! |
| 14 | | | | | | | | | | #DIV/0! |
| 15 | | | | | | | | | | #DIV/0! |
| 16 | | | | | | | | | | #DIV/0! |
| 17 | | | | | | | | | | #DIV/0! |
| 18 | | | | | | | | | | #DIV/0! |
| 19 | | | | | | | | | | #DIV/0! |
| 20 | | | | | | | | | | #DIV/0! |
| 21 | | | | | | | | | | #DIV/0! |
| 22 | | | | | | | | | | #DIV/0! |
| 23 | | | | | | | | | | #DIV/0! |
| 24 | | | | | | | | | | #DIV/0! |
| 25 | | | | | | | | | | #DIV/0! |
| 26 | | | | | | | | | | #DIV/0! |
| 27 | | | | | | | | | | #DIV/0! |
| 28 | | | | | | | | | | #DIV/0! |
| 29 | | | | | | | | | | #DIV/0! |

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

# LAKEWOOD - FARM & TIMBER

14

## 1995-2000

© WILSON JONES COMPANY G7504 ColumnWrite ® MADE IN U.S.A.

| PARCEL | DATE SOLD | SELLER - BUYER | DEED | SALE PRICE | TOTAL ACRES | TILL. ACRES | PER AC LAND ONLY | PER AC. W/BLDG | EMV | RATIO |
|---|---|---|---|---|---|---|---|---|---|---|
| 29.23.000 | 4/95 | G. Stennes to John Arnesen | C/D | 60000 | 160 | 156 | 375 | — | 33600 | 56% |
| 01.21.000 | 1/96 | M&J Farms to Greg McGraw | C/D | 12453 | 40 | | 311 | | SPLIT | |
| 01.22.000 | 1/96 | M&J Farms to Leslie Peterson | W/D | 12600 | 40 | | 315 | | SPLIT | |
| 01.41.000 | 1/96 | M&J Farms to Greg McGraw | W/D | 48000 | 161 | | 300 | | SPLIT | |
| 01.41.000 | 12/96 | M&J Farms to Greg McGraw | C/D | 12000 | 40 | | 300 | | SPLIT | |
| 15.33.000 | 12/96 | R. Sondgeroth to Kevin Lasser | W/D | 16000 | 80 | | 200 | | 12700 | 79% |
| 28.24.000 | 4/97 | St. of MN to Grove Farms | C/D | 7220 | 40 | | 180 | | EXEMPT | |
| 01.25.000 | 10/97 | M. Holliday to Richard Warner | W/D | 61000 | 315 | | 193 | | 63800 | 105% |
| 01.25.000 | 12/97 | R. Warner to Greg McGraw | C/D | 68000 | 315 | McGraw | 216 | | 63800 | 94% |
| 15.42.000 | 11/97 | P. Halling to Kevin Lasser | C/D | 20000 | 90 | — | 222 | | 18600 | 93% |
| 22.12.000 | 5/99 | E. Wilson to Kevin Lasser | W/D | 12000 | 40 | | 300 | | 7800 | 65% |
| 22.13.000 | 10/99 | H. Doebler to Joe Kraemer | C/D | 80000 | 200 | 107 | | 400 | 78200 | 98% |
| 31.14.000 | 2/00 | N. Hawks to Steven Helmstetter | | 85000 | 360 | 344 | 236 | | 102800 | 121% |
| | 4/00 | K. Gillie to Scott Pieper | C/D | 317500 | 1225 | | 259 | Also Roseau Co. | | |
| 29.12.000 | 7/00 | P. Sattler to Mark Hangsleben | W/D | 10000 | 40 | — | 250 | — | 9800 | 98% |
| 36.11.000 | 10/00 | C. Olson to Mike Gallagher | W/D | 16000 | 40 | — | 400 | | SPLIT | |
| 36.11.000 | 10/00 | C. Olson to Jerry Neyens | C/D | 39000 | 80 | — | 488 | | SPLIT | |
| 36.14.000 | 11/00 | C. Olson to Mike O'Neil | W/D | 36000 | 120 | — | 300 | | SPLIT | |

# ZIPPEL - RESIDENTIAL & SEASONAL

## 2001

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.50.01.380 | 4/2/01 | Northland Turkey Farms to Leland Omdahl | QC | 45,000 | 138 FF | | 864 sq. ft. | 56,100 | 125% |
| 2 | 18.50.01.390 | 6/11/01 | D. Drummond to Michael Dwyer | QC | 29,000 | 100 FF | | 2 old M/H's | 19,400 | 67% |
| 3 | 18.51.03.010 | 6/12/01 | R. Greenwaldt to Brian Kelly | WD | 35,000 | 170 FF | | old M/H | 17,700 | 51% |
| 4 | 18.51.02.100 | 7/2/01 | T. Goetsch to LeRoy Smith | WD | 7,000 | | | | 3,800 | split 54% |
| 5 | 18.15.21.030 | 5/11/01 | L. Maudal to Nick Palnovich | QC | 6,500 | | | | 6,600 | 102% |
| 6 | 18.50.01.130 | 7/30/01 | K.Erickson to Bruce Lawrence | WD | 22,000 | | | old M/H | 19,900 | 90% |
| 7 | 18.51.02.110 | 7/2/01 | T. Goetsch to Keith Smith | WD | 40,000 | | | M/H 2 car | 58,200 | 146% |
| 8 | 18.50.01.110 | 9/28/01 | N. Keller to Donald Sufka | WD | 70,000 | | | 856 sq ft | 60,800 | 87% |
| 9 | | | | | | | | | | #DIV/0! |
| 10 | | | | | | | | | | #DIV/0! |
| 11 | | | | | | | | | | #DIV/0! |
| 12 | | | | | | | | | | #DIV/0! |
| 13 | | | | | | | | | | #DIV/0! |
| 14 | | | | | | | | | | #DIV/0! |
| 15 | | | | | | | | | | #DIV/0! |
| 16 | | | | | | | | | | #DIV/0! |
| 17 | | | | | | | | | | #DIV/0! |
| 18 | | | | | | | | | | #DIV/0! |
| 19 | | | | | | | | | | #DIV/0! |
| 20 | | | | | | | | | | #DIV/0! |
| 21 | | | | | | | | | | #DIV/0! |
| 22 | | | | | | | | | | #DIV/0! |
| 23 | | | | | | | | | | #DIV/0! |
| 24 | | | | | | | | | | #DIV/0! |
| 25 | | | | | | | | | | #DIV/0! |
| 26 | | | | | | | | | | #DIV/0! |
| 27 | | | | | | | | | | #DIV/0! |
| 28 | | | | | | | | | | #DIV/0! |
| 29 | | | | | | | | | | |

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

# ZIPPEL - RESIDENTIAL & SEASONAL

18 — 1997-2000

WILSON JONES COMPANY G7503 ColumnWrite — MADE IN U.S.A.

| PARCEL | DATE SOLD | SELLER - BUYER | DEED | SALE PRICE | LOT SIZE | PRICE PER F.F. | BLDG., PPROP. CLASS, LOC. ETC. | EMV | RATIO |
|---|---|---|---|---|---|---|---|---|---|
| 51.02.060 | 3/97 | F. HERZOG TO RICHARD SWANSON | C/D | 4500 | 100x200 | | LOT | 3000 | 67% |
| 51.03.050 | 9/97 | R. DYBEDAHL TO JOHN BURIAN | C/D | 19000 | 150 F.F. | | LOT | 7900 | 42% |
| 54.01.020 | 9/97 | WINTER-SETT TO KEITH MILLS | C/D | 6000 | | | LOT | 4500 | 75% |
| 54.01.050 | 9/97 | WINTER-SETT TO ROBERT MILLER | C/D | 2800 | | | LOT | COMMONS 400 | |
| 51.01.050 | 2/98 | W. SETT TO TIM A. HOFIUS | C/D | 13200 | | | M/H | 15400 | 117% |
| 50.01.160 | 5/98 | D. PERSSON TO ALLEN KUKOWSKI | W/D | 80000 | 100 F.F. | | (WILDWOOD) 1152 sq ft | 71900 | 90% |
| 50.01.010 | 5/98 | M. HARDWICK TO ANDRZEJ RYMSZA | W/D | 29000 | | | (WILDWOOD) 490 sq ft | 25000 | 86% |
| 51.02.010 | 4/98 | WINTER-SETT TO DAN MIDDENDORF | C/D | 5000 | | | LOT ONLY | 3000 | 60% |
| 08.43.010 | 6/98 | D. BRIDGES TO DAVID HOUSE | C/D | 25000 | | | LOT ONLY | 7100 | 28% |
| 10.34.100 | 7/98 | J. JIRMASEK TO LORAN BALLARD | C/D | 19000 | | | OLD CABIN | 22800 | 120% |
| 50.01.040 | 6/98 | E. AKER TO BRUCE ERICKSON | C/D | 13000 | | | OLD CABIN | 13500 | 104% |
| 51.03.030 | 7/98 | D. NESSET TO BOB DYBEDAHL | W/D | 21300 | | | LOT ONLY | 13100 | 62% |
| 51.50.010 | 7/98 | D. ZENTNER TO MERLE VAGLE | C/D | 16000 | | | M/H | 14800 | 93% |
| 51.02.020 | 9/98 | WINTER-SETT TO KEITH ANDERSON | W/D | 9000 | | | LOT ONLY | 6000 | 67% |
| 25.11.010 | 10/98 | V. SCHOFIELD TO STEPHEN COOPER | W/D | 92307 | | | 2/o 1200 sq ft | SPLIT | |
| 51.02.050 | 9/98 | WINTER-SETT TO RICHARD SWANSON | C/D | 4600 | | | LOT ONLY | 5300 | 115% |
| 50.01.160 | 1/99 | A. KUKOWSKI TO DAVID SULLIVAN | W/D | 90525 | | | 1152 sq ft | 75200 | 83% |
| 50.01.310 | 5/99 | Q. CLARK TO ROBERT LUDWIG | W/D | 90000 | | | 552 sq ft 576 sq ft | 81900 | 91% |
| 15.24.020 | 7/99 | M. THOMPSON TO DANIEL CROMPTON | Q/C | 4000 | | | LOT ONLY | 8700 | 218% |
| 51.02.040 | 3/99 | WINTER-SETT TO NANCY LARUE | C/D | 4600 | | | LOT ONLY | 5000 | 109% |
| 10.43.061 | 8/99 | J. JOHNSON TO BERKLEY HALL | W/D | 92500 | 5.6 A. | | | 49800 | |
| 10.34.080 | 9/99 | K. HAGSTROM TO LEONARD OLSON | C/D | 8000 | .36 A. 115' | | LOT ONLY | 9400 | 118% |
| 51.03.056 | 1/00 | J. BURIAN TO DOUGLAS CARDINAL | | 22000 | 150 FF | | M/H (TAKE OVER PAYMENTS) | 13300 | 60% |
| 51.03.090 | 5/00 | T. TRULSON TO EUGENE FICHTER | W/D | 7000 | 120FF | 58 | LOT ONLY | 5800 | 83% |
| 51.03.090 | 10/00 | E. FICHTER TO DANIAL GOBLE | W/D | 12500 | 120FF | 104 | LOT ONLY | 5800 | 46% |
| 57.02.050 | 12/00 | M. NEUMILLER TO RICHARD SWANSON | W/D | 7500 | | | LOT ONLY | 5000 | 67% |
| 53.01.041 | 6/00 | R. BROWN TO DARRELL PETERSON | [illegible]/D | 40000 | 184 F.F. | | M/H | 29500 | 73% |
| 55.41.040 | 8/00 | D. PETERSON TO GENE MILLER | C/D | 25000 | | | M/H | 13400 | 54% |

# ZIPPEL - FARM & TIMBER

## 2001

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ft or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.15.33.000 and others | 3/1/01 | J. Krohn to Allan Kaspar | CD | 161,736 | 539.12 ac | $300 | land only | 108,800 | 67% |
| 2 | 18.24.43.010 | 5/10/01 | W. Block to Michael Schulz | TD | 87,500 | 18.18 ac | | 1368 sq ft | split | |
| 3 | 18.30.11.000 | 4/26/01 | R. Erickson to Gervais Hillaert | WD | 21,000 | 80 ac | $263 | land only | 19,700 | 94% |
| 4 | 18.23.31.010 | 7/2/01 | J. Krohn to Jerome Johnson | WD | 5,864 | 13.03 | 450. | | 3,300 | 56% |
| 5 | | | | | | | | | | #DIV/0! |
| 6 | | | | | | | | | | #DIV/0! |
| 7 | | | | | | | | | | #DIV/0! |
| 8 | | | | | | | | | | #DIV/0! |
| 9 | | | | | | | | | | #DIV/0! |
| 10 | | | | | | | | | | #DIV/0! |
| 11 | | | | | | | | | | #DIV/0! |
| 12 | | | | | | | | | | #DIV/0! |
| 13 | | | | | | | | | | #DIV/0! |
| 14 | | | | | | | | | | #DIV/0! |
| 15 | | | | | | | | | | #DIV/0! |
| 16 | | | | | | | | | | #DIV/0! |
| 17 | | | | | | | | | | #DIV/0! |
| 18 | | | | | | | | | | #DIV/0! |
| 19 | | | | | | | | | | #DIV/0! |
| 20 | | | | | | | | | | #DIV/0! |
| 21 | | | | | | | | | | #DIV/0! |
| 22 | | | | | | | | | | #DIV/0! |
| 23 | | | | | | | | | | #DIV/0! |
| 24 | | | | | | | | | | #DIV/0! |
| 25 | | | | | | | | | | #DIV/0! |
| 26 | | | | | | | | | | #DIV/0! |
| 27 | | | | | | | | | | #DIV/0! |
| 28 | | | | | | | | | | #DIV/0! |
| 29 | | | | | | | | | | |

06/25/08 WED 12:56 FAX 1 218 634 2509 LOW COUNTY ☒002

4C

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

MADE IN U.S.A.
18
© WILSON JONES COMPANY G7504 ColumnWrite ®

# ZIPPEL - FARM & TIMBER

## 1995 - 2000

| PARCEL | DATE SOLD | SELLER - BUYER | DEED | SALE PRICE | TOTAL ACRES | TILL. ACRES | PER. AC LAND ONLY | PER AC. W/BLDG | EMV | RATIO |
|---|---|---|---|---|---|---|---|---|---|---|
| 29.12.000 | 1/96 | R. JANSSEN TO STEVEN REINERT | W/D | 18000 | 120 | — | 150 | — | 18000 | SPLIT ? |
| 29.41.000 | 1/96 | R. JANSSEN TO WILLIS BITTER | W/D | 7000 | 40 | 39 | 175 | — | SPLIT | |
| 31.32.000 | 1/97 | D. HEPPNER TO GERVAIS HILLAERT | C/D | 102000 | 78 | | 200 | 1308 | 92400 | 90% |
| 33.11.000 | 5/97 | R. HAGEBECK TO WILLIS BITTER | C/D | 32000 | 160 | 157 | 200 | — | 36300 | 113% |
| 27.33.000 | 7/97 | R. PAULSETH TO WILLIS BITTER | W/D | 51600 | 240 | 199 | | | 51700 | 100% |
| 32.14.010 | 6/97 | R. PAULSETH TO DENNIS UBEL | W/D | 96000 | 80 | 75 | | 1200 | 114300 | 119% |
| 30.31.000 | 9/98 | E. KAFKA TO GREGORY KRZOSKA | TR/D | 24000 | 157 | | 153 | — | 33200 | 138% |
| 31.21.000 | 3/99 | E. KAFKA TO ALBERT ALBRECHT | TR/D | 20000 | 79 | 75 | 253 | — | 16900 | 85% |
| 15.41.000 | 5/99 | J. KROHN TO KENNETH SENZEK | C/D | 16000 | 51 | 50 | 316 | — | SPLIT | |
| 31.11.000 | 10/99 | M. BERGEN TO ALBERT ALBRECHT | PR/D | 18000 | 80 | 77 | 225 | — | 17800 | 100% |
| 16.41.000 | 3/00 | W. MARCH TO DONALD PETERSON | W/D | 12000 | 40 | — | 300 | | 8700 | 73% |
| 26.33.000 | 2/00 | D. HOOPS TO RICHARD LINDNER | W/D | 22500 | 120 | | 188 | | 17300 | 77% |
| 05.41.000 | 5/00 | P. PEDERSON TO DAVID HERZOG | W/D | 10000 | 40 | — | 250 | | 6400 | 64% |
| 31.13.000 | 5/00 | D. HEPPNER TO PAUL PETERSON | W/D | 37500 | 152 | 152 | 247 | | SPLIT | |
| 31.31.000 | 6/00 | D. HEPPNER TO GERVAIS HILLAERT | | 20000 | 80 | | 250 | | | |
| 15.11.000 | 7/00 | R. BLOCK TO KENNETH TIDGWELL | W/D | 17000 | 40 | 33 | 425 | | 7900 | 47% |
| 28.13.000 | 7/00 | W. BITTER TO ALLAN KASPAR | C/D | 620000 | 1520 | | 408 | | SPLIT | |
| 21.32.000 | 11/00 | P. LAVALLA TO VINCENT SMITH | J/D | 11000 | 40 | — | 275 (BRUSH) | | 7000 | 64% |
| 21.23.000 | 11/00 | P. LAVALLA TO JEROME KROHN | W/D | 11000 | 40 | — | 275 | " " | 7000 | 64% |
| 6.14.000 | 11/00 | G. GIFFORD TO GARY STROHL | C/D | 11000 | 40 | — | 275 | | 8400 | 76% |
| 34.11.000 | 12/00 | V. PETERSON TO ALLAN KASPAR | W/D | 132000 | 440 | | 300 | | 95800 | 73% |
| 34.23.000 | 12/00 | G. PETERSON TO ALLAN KASPAR | W/D | 33000 | 160 | | 206 | | 36700 | 111% |

41

# 2005 Prosper

## Residential and SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.06.31.050 | 1/5/05 | A. Oveson to Willie Walker | WD | 55,000 | 8 ac | | M/H w/addn d/gar | 59,600 | 108% | |
| 2 | 16.58.50.011 | 3/22/05 | J. Poland to Tim Flanigan | QD | 7,000 | 3.86 ac | $1,813 | bare land | 7,100 | 101% | |
| 3 | 16.59.01.070 | 6/1/05 | J. McMenamy to Carter Hontvet | WD | 275000 RE 10000 PP | 100 ff | | 1120 sq ft d/gar | 176,500 | 64% | |
| 4 | 16.57.01.100 16.60.01.160 | 6/10/05 | R. Josack to Joseph Anderson | WD | 260,000 | 100 ff & back lot | | 1280 sq ft house, cabin/workshop, d/gar | 234,000 | 90% | |
| 5 | 16.32.31.000 | 8/9/05 | T. Olson to Prosper Properties, LLC | WD | 24,650 | 73 ac | $337 | bare land | 21,800 | 88% | |
| 6 | 16.51.01.130 16.51.02.140 16.51.02.150 | 9/15/05 | W. DeSautel to John P. A. Johnson | WD | 274500 RE 54560 PP | 100 ff & back lots | | 1978 sq ft main cabin + other cabins, garages and buildings | 259,800 | 95% | |
| 7 | 16.55.01.170 | 10/10/05 | E. Grunz to John Thomas | WD | 155,000 | 100 ff | | 672 sq ft d/gar | 115,700 | 75% | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |

# Prosper, 2005

## Ag and Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.06.34.010 | 10/17/05 | J. Fevold to Craig Neumiller | WD | 10,000 | 10 ac | $1,000 | | use change | | |
| 2 | | | | | | | | | | #DIV/0! | |
| 3 | | | | | | | | | | #DIV/0! | |
| 4 | | | | | | | | | | #DIV/0! | |
| 5 | | | | | | | | | | #DIV/0! | |
| 6 | | | | | | | | | | #DIV/0! | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# Prosper, 2004

## Seasonal and Residential

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.55.01.100 | 1/2/04 | H. Schmidt to M. Janzen | CD | 60,000 | 100 ff | $600 | bare lot | 33,000 | 55% | x |
| 2 | 16.06.22.030 | 7/29/04 | G. Bondy to Carl Hanson | WD | 115,000 | 50 ff | | MH | 64,500 | 56% | x |
| 3 | 16.52.00.040 | 8/25/04 | L. Sorensen to David Maki | WD | 73,000 | 40 ff | | 792 sq ft | 68,900 | 94% | x |
| 4 | 16.53.01.310<br>16.53.04.130 | 8/9/04 | E. Falk to Bertram McDonaugh | WD | 80,000 | 50 ff | | 468 sq ft | 59,900 | 75% | x |
| 5 | 16.55.01.280 | 8/25/04 | L. Walsh to Larry Pioske | WD | 130,000 | 100 ff | | 520 sq ft d/gar | 84,100 | 65% | x |
| 6 | 16.55.01.310 | 9/3/04 | R. Spilde to Robert Johnson | WD | 142,000 | 100 ff | | 1056 sq ft d/gar | 106,500 | 75% | x |
| 7 | 16.61.01.071 | 7/19/04 | P. Weimer to Della Snustead | WD | 37,500 | 50 ff | $682 | bare lot | 15,000 | 40% | |
| 8 | 16.08.34.010 | 9/20/04 | D. Ebertowski to Bill Baker | WD | 18,000 | 0.34ac | | bare lot | 5,000 | 28% | x |
| 9 | 16.08.43.020 | 10/5/04 | R. Anderson to George Sontowski | WD | 11,000 | 0.38ac | | bare lot | 5,000 | 45% | |
| 10 | 16.55.01.060 | 9/14/04 | R. Casey to Emery Lee | WD | 161,000 RE<br>5,000 PP | 100 ff | | 784 sq ft d/gar | 112,000 | 70% | x |
| 11 | 16.51.01.160<br>16.51.02.180 | 11/17/04 | D. Halvorson to Greg Schuette | WD | 149,000 | 50 ff & backlot | | 1944 sq ft | 132,800 | 89% | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |

44

# Prosper

## 2004 Farm and Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.06.34.030 | 12/14/04 | J. Fevold to Marlan Pearson | WD | 10,000 | 10 ac | $1,000 | bare land | change in use | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |

45

# 2005 Lakewood

## Residential and SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.51.02.050 | 6/10/05 | D. Sjostrand to Kevin Malwitz | WD | 18,000 | 4037.5 sq ft | | 651 sq ft cabin & m/h | 16,700 | 93% | |
| 2 | 14.53.03.010 | 7/27/05 | D. Newton to Benedict Shutrop | WD | 18,000 | .13 ac | | M/H | 14,800 | 82% | |
| 3 | 14.15.41.020 | 8/2/05 | M. Aarthun to David Moberg | WD | 13,000 | 10 ac | $1,300 | bare land | 7,000 | 54% | |
| 4 | 14.15.33.000 | 8/16/05 | K. Lasser to Steven Jacobson | WD | 50,000 | 40 ac | $1,250 | bare land | 19,000 | 38% | |
| 5 | 14.50.01.070 | 9/15/05 | R. Harris to Milo Ravndalen | WD | 247,000 | 50 ff | | 1460 sq ft d/gar | 151,400 | 61% | |
| 6 | 14.01.11.012 | 10/19/05 | J. Quanrud to Robert Baird | WD | 1,500 | 1.00 ac | $1,500 | bare land | split | | |
| 7 | 14.36.11.000 | 10/[illegible]/05 | J. Neyens to Kenneth Jones | WD | 30,000 | 30 ac | $1,000 | bare land | 13,500 | 45% | |
| 8 | 14.16.43.000<br>14.21.12.000 | 10/28/05 | J. Fish to Glen Gonsorowski | CD | 60,000 | 80 ac | $750 | bare land | 40,000 | 67% | |
| 9 | 14.17.12.00 | 12/14/05 | R. Hine to George Eager | WD | 14,900 | 10 ac | $1,490 | bare land | 9,900 | 66% | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# 2005 Lakewood

## Farm & Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.22.22.000 | 4/22/05 | B. Gillie to Allan Thompson | CD | 14,000 | 40 ac | $350 | bare land | 19,000 | 136% | |
| 2 | | | | | | | | | | #DIV/0! | |
| 3 | | | | | | | | | | #DIV/0! | |
| 4 | | | | | | | | | | #DIV/0! | |
| 5 | | | | | | | | | | #DIV/0! | |
| 6 | | | | | | | | | | #DIV/0! | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# Lakewood, 2004

## Residential and Seasonal

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13.35.14.000 | 3/25/04 | J. Petkevich to Michael Anderson | WD | 175,000 | 145.10 ac 500 ff useable | | bare land | 197,400 | 113% | x |
| 2 | 14.15.41.021 | 1/21/04 | T. Gallagher to Richard Olson | WD | 7,300 | 10 ac | $730 | bare land | 7,000 | 96% | x |
| 3 | 14.25.11.000 | 4/15/04 | M. Gallagher to Todd Cardinal | WD | 36,000 | 20 ac | | garage & pole shed | 19,800 | 55% | x |
| 4 | 14.36.43.000 | 4/7/04 | C. Olson to Dean Opatz | WD | 75,000 | 40 ac | | 1203 sq ft d/gar | 90,400 | 121% | x |
| 5 | 14.50.01.050 14.50.04.151 | 7/8/04 | D. Odegaard to Harris Hanson | WD | 90,000 | 50 ff and lot | | 672 sq ft cabin | 63,700 | 71% | x |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |

# Lakewood, 2004

## Farm and Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.22.11.000 | 6/28/04 | B. Gillie to Kevin Lasser | WD | 14,000 | 40 ac | $350 | | change in use | | |
| 2 | 14.34.43.000 | 7/26/04 | J. Bodahl to D K L & K LLC | WD | 68,000 | 80 ac | $850 | | change in use | | |
| 3 | | | | | | | | | | #DIV/0! | |
| 4 | | | | | | | | | | #DIV/0! | |
| 5 | | | | | | | | | | #DIV/0! | |
| 6 | | | | | | | | | | #DIV/0! | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

4c

# 2005 Zippel

## Res & SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.08.44.010 18.09.33.020 | 2/14/74 | L. Stanton to American Cashflow | WD | 27,500 | 400 ff 5 ac | $68.75 | bare land | 12,600 | 46% | |
| 2 | 18.50.01.370 | 7/15/05 | R. Omdahl to ESI #74, LLC | WD | 210,000 | 106 FF | | 1024 sq ft d/gar | 111,000 | 53% | |
| 3 | 18.51.03.050 | 9/16/05 | D. Cardinal to Gerald Ahlers | WD | 92,000 | 150 ff | | 952 sq ft | 72,900 | 79% | |
| 4 | | | | | | | | | | #DIV/0! | |
| 5 | | | | | | | | | | #DIV/0! | |
| 6 | | | | | | | | | | #DIV/0! | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# 2005 Zippel

## Farm and Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.28.13.000 (primary) | 3/1/05 | A. Kaspar to Robert Gjerdingen | WD | $2,284,298 | 4153.27 ac | $550 | | 1,667,600 | 73% | |
| 2 | 18.22.31.020 | 3/8/05 | A. Kaspar to James Rinde | WD | $6,000 | 10 ac | $600 | | 3,700 | 62% | |
| 3 | 18.25.43.000 | 9/1/05 | W. McDaniel to Robert Ericksen | WD | $34,000 | 80 ac | $296 | | 23,700 | 70% | |
| 4 | | | | | | | | | | #DIV/0! | |
| 5 | | | | | | | | | | #DIV/0! | |
| 6 | | | | | | | | | | #DIV/0! | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# Zippel, 2004

## Residential and Seasonal

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.15.21.010 | 1/27/04 | Est. of C. Hull to William Spieker | Sp Adm Deed | 85000 RE 5000 PP | 313 ff 1.75 ac | | 968 sq ft d/gar | 81,300 | 96% | |
| 2 | 18.50.01.360 | 6/14/04 | T. Ekre to Kenneth Pogorelec | WD | 40,000 | 106 ff | $377 | MH | 29,200 | 73% | x |
| 3 | 18.51.02.120 | 9/24/04 | T. Goetsch to Keith Smith | WD | 30,000 | | | pole garage | 21,600 | 72% | x |
| 4 | 18.51.03.090 | 5/28/04 | J. Coble to Thomas Hovda | WD | 14,900 | 120 ff | $124 | bare lot | 17,300 | 116% | x |
| 5 | 18.50.01.060 | 7/21/04 | G. Solberg to Larry Pittman | WD | 51,500 | 100 ff | | bare lot | 20,000 | 39% | |
| 6 | 18.50.01.230 | 12/21/04 | M. Hanson to Rebecca Holm | WD | 177,000 | 102 ff | | 1540 sq ft d/gar | 91,900 | 52% | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |

# Prosper, 2007

## Res & SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study | current class | proposed class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.06.43.010 | 2/9/07 | M. Simmonds to Charles Smith | WD | 62,500 | 15 ac | | metal shed | 28,600 | 46% | | SRR | SRR |
| 2 | 16.53.01.290<br>16.53.04.120 | 4/11/07 | P. Knochenmus to Paul Scheirer | WD | 157,000 | 50 ff & back lot | | 732 sq ft d/gar | 107,000 | 68% | | SRR | SRR |
| 3 | 16.55.01.410 | 1/27/07 | D. House to Chris Bouley | WD | 96,000 | 100 ff | $960 | bare lot | 63,800 | 66% | | SRR | SRR |
| 4 | 16.30.32.020 | 5/2/07 | J. Wheeler to Lawrence Sorenson | WD | 25,000 | 8 ac | | 984 sq ft c/gar | 60,000 | 240% | | RES | RES |
| 5 | 16.55.01.230 | 9/17/07 | R. Spilde to Charles Thompson | WD | 349,500 | 100 ff | | 1464 sq ft 3/gar w/living area | 245,000 | 70% | | RES | SRR |
| 6 | 16.33.33.030 | 9/28/07 | M. Smith to Rusty Madoll | WD | 14,650 | 20 ac | | bare lot | 14,200 | 97% | | SRR | SRR |
| 7 | 16.33.33.010 | 10/19/07 | R. Levy to Kevin Evenson | WD | 10,000 | 10 ac | | bare lot | 8,400 | 84% | | SRR | SRR |
| 8 | 16.55.01.050 | 10/15/07 | D. Haug to Clayton Moen | WD | 162,000 | 100 ff | | 2301 sq ft d/gar | 210,600 | 130% | | SRR | SRR |
| 9 | | | | | | | | | | #DIV/0! | | | |
| 10 | | | | | | | | | | #DIV/0! | | | |
| 11 | | | | | | | | | | #DIV/0! | | | |
| 12 | | | | | | | | | | #DIV/0! | | | |
| 13 | | | | | | | | | | #DIV/0! | | | |
| 14 | | | | | | | | | | #DIV/0! | | | |
| 15 | | | | | | | | | | #DIV/0! | | | |
| 16 | | | | | | | | | | #DIV/0! | | | |
| 17 | | | | | | | | | | #DIV/0! | | | |
| 18 | | | | | | | | | | #DIV/0! | | | |
| 19 | | | | | | | | | | #DIV/0! | | | |
| 20 | | | | | | | | | | #DIV/0! | | | |
| 21 | | | | | | | | | | #DIV/0! | | | |
| 22 | | | | | | | | | | #DIV/0! | | | |
| 23 | | | | | | | | | | #DIV/0! | | | |
| 24 | | | | | | | | | | #DIV/0! | | | |
| 25 | | | | | | | | | | #DIV/0! | | | |
| 26 | | | | | | | | | | #DIV/0! | | | |
| 27 | | | | | | | | | | #DIV/0! | | | |
| 28 | | | | | | | | | | #DIV/0! | | | |
| 29 | | | | | | | | | | #DIV/0! | | | |
| 30 | | | | | | | | | | #DIV/0! | | | |

# 2006 Prosper

## Residential and SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.08.34.020 | 6/16/06 | L. Olson to Paul King | WD | $7,000 | .25 ac | | bare land | 5,000 | 71% | |
| 2 | 16.53.02.020 | 6/19/06 | P. Kruse to Verdell Anderson | WD | $105,000 | 125 ff | | 480 sq ft cabin | split | | |
| 3 | 16.61.01.070<br>16.60.01.080 | 8/7/06 | P. Weimer to Steve Plovie | WD | $135,000 | 150 ff and back lot | $900 | bare land | 104,300 | 77% | |
| 4 | 16.55.01.060 | 8/21/06 | E. Lee to Todd Lewis | WD | 188,000 RE<br>$2,000 PP | 100 ff | | 784 sq ft 3/gar | 148,300 | 79% | |
| 5 | 16.08.43.080 | 7/7/06 | B. McDonough to M. Hangsleben | TD | 4,000 | .46 ac | | bare land | 5,000 | 125% | |
| 6 | 16.52.00.030 | 8/23/06 | L. Olson to Terrence Wagner | WD | 110,000 | 85 ff | | 1008 sq. ft. d/gar | 107,900 | 98% | |
| 7 | 16.55.01.230 | 9/1/06 | T. Taylor to Ray Spilde | WD | 295,000 | 100 ff | | 1464 sq ft d/gar w/living area | 230,000 | 78% | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# Lakewood, 2007

## Res & SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study | current class | proposed class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.36.11.010 | 1/29/07 | J. Neyens to Jeffrey Bluhm | WD | 70,000 | 90 acres | $778 | | 63,700 | 91% | | SRR | SRR |
| 2 | 14.50.05.103 | 3/28/07 | E. Berg to Reginald Schow | WD | 40,000 | irregular shaped lot | | bare lot | 34,300 | 86% | | SRR | SRR |
| 3 | 14.17.12.020 | 8/21/07 | A. Davis to Michael Reed | WD | 37,500 | 20 ac | $890 | bare land | 17,800 | 47% | | SRR | SRR |
| 4 | 14.17.12.023 | 11/16/07 | M. Reed to Richard Peterson | WD | 25,000 | 2.09 ac | $11,961 | bare land | split | | | SRR | SRR |
| 5 | | | | | | | | | | #DIV/0! | | | |
| 6 | | | | | | | | | | #DIV/0! | | | |
| 7 | | | | | | | | | | #DIV/0! | | | |
| 8 | | | | | | | | | | #DIV/0! | | | |
| 9 | | | | | | | | | | #DIV/0! | | | |
| 10 | | | | | | | | | | #DIV/0! | | | |
| 11 | | | | | | | | | | #DIV/0! | | | |
| 12 | | | | | | | | | | #DIV/0! | | | |
| 13 | | | | | | | | | | #DIV/0! | | | |
| 14 | | | | | | | | | | #DIV/0! | | | |
| 15 | | | | | | | | | | #DIV/0! | | | |
| 16 | | | | | | | | | | #DIV/0! | | | |
| 17 | | | | | | | | | | #DIV/0! | | | |
| 18 | | | | | | | | | | #DIV/0! | | | |
| 19 | | | | | | | | | | #DIV/0! | | | |
| 20 | | | | | | | | | | #DIV/0! | | | |
| 21 | | | | | | | | | | #DIV/0! | | | |
| 22 | | | | | | | | | | #DIV/0! | | | |
| 23 | | | | | | | | | | #DIV/0! | | | |
| 24 | | | | | | | | | | #DIV/0! | | | |
| 25 | | | | | | | | | | #DIV/0! | | | |
| 26 | | | | | | | | | | #DIV/0! | | | |
| 27 | | | | | | | | | | #DIV/0! | | | |
| 28 | | | | | | | | | | #DIV/0! | | | |
| 29 | | | | | | | | | | #DIV/0! | | | |
| 30 | | | | | | | | | | #DIV/0! | | | |

# Lakewood , 2007

## Ag & Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study | current class | proposed class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.35.14.000 | 6/26/07 | S. Pieper to John White | WD | 40,000 | 40 ac | $1,000 | bare land | 30,000 | 75% | | Ag | SRR |
| 2 | 14.12.13.000 | 12/26/07 | G. Olson to Brook Adolfson | WD | 304,000 | 320 ac | $950 | bare land | 234,000 | 77% | | T | SRR |
| 3 | | | | | | | | | | #DIV/0! | | | |
| 4 | | | | | | | | | | #DIV/0! | | | |
| 5 | | | | | | | | | | #DIV/0! | | | |
| 6 | | | | | | | | | | #DIV/0! | | | |
| 7 | | | | | | | | | | #DIV/0! | | | |
| 8 | | | | | | | | | | #DIV/0! | | | |
| 9 | | | | | | | | | | #DIV/0! | | | |
| 10 | | | | | | | | | | #DIV/0! | | | |
| 11 | | | | | | | | | | #DIV/0! | | | |
| 12 | | | | | | | | | | #DIV/0! | | | |
| 13 | | | | | | | | | | #DIV/0! | | | |
| 14 | | | | | | | | | | #DIV/0! | | | |
| 15 | | | | | | | | | | #DIV/0! | | | |
| 16 | | | | | | | | | | #DIV/0! | | | |
| 17 | | | | | | | | | | #DIV/0! | | | |
| 18 | | | | | | | | | | #DIV/0! | | | |
| 19 | | | | | | | | | | #DIV/0! | | | |
| 20 | | | | | | | | | | #DIV/0! | | | |
| 21 | | | | | | | | | | #DIV/0! | | | |
| 22 | | | | | | | | | | #DIV/0! | | | |
| 23 | | | | | | | | | | #DIV/0! | | | |
| 24 | | | | | | | | | | #DIV/0! | | | |
| 25 | | | | | | | | | | #DIV/0! | | | |
| 26 | | | | | | | | | | #DIV/0! | | | |
| 27 | | | | | | | | | | #DIV/0! | | | |
| 28 | | | | | | | | | | #DIV/0! | | | |
| 29 | | | | | | | | | | #DIV/0! | | | |
| 30 | | | | | | | | | | #DIV/0! | | | |

# 2006 Lakewood

## Residential and SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.14.41.050 | 5/9/06 | D. Peterson to David Myhrer | WD | 10,000 | 5 ac | $2,000 | old MH | 10,400 | 104% | |
| 2 | 14.50.06.010 | 6/1/06 | G. Schmitt to Reggie Schow | CD | 67000 RE<br>5000 PP | | | 1120 sq ft & shed | 60,700 | 91% | |
| 3 | 14.14.41.040 | 6/2/06 | M. Mykleby to Steven Holmstrom | WD | 8,000 | 5 ac | | old mh | 10,100 | 126% | |
| 4 | 14.50.03.060 | 8/10/06 | F. Jaenicke to Peter Helgeson | CD | 125,000 | 50 ff | | 996 sq ft | 87,300 | 70% | |
| 5 | 14.50.06.020 | 10/25/06 | R. Hodgson to Timothy Anderson | WD | 63,000 | 90'x95' | | 572 sq ft | 30,100 | 48% | |
| 6 | 14.50.04.070 | 9/19/06 | C. Brown to Timothy Bjerk | PR | 21,600 | 50'x165'<br>20'x165' | | bare lots | 18,000 | 83% | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

5

# 2006 Lakewood

## Farm & Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14.15.34.000 14.15.42.000 14.22.11.000 | 6/30/06 | K. Lasser to Richard Gooderum | WD | 304,500 | 210 ac | $1,450 | old MH | 130,100 | 43% | |
| 2 | | | | | | | | | | #DIV/0! | |
| 3 | | | | | | | | | | #DIV/0! | |
| 4 | | | | | | | | | | #DIV/0! | |
| 5 | | | | | | | | | | #DIV/0! | |
| 6 | | | | | | | | | | #DIV/0! | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# Zippel, 2007

## Res & SRR

| | [illegible] | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study | currrent class | proposed class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible]0.01.360 | 8/8/07 | K. [illegible] to Phillip Fowler | WD | 60000 RE 10000 PP | 106 ff | | MH | 63,600 | 106% | | SRR | SRR |
| [illegible] | 18.21.32.000 | 10/15/07 | M. [illegible] to Thomas Nelson | WD | 36,000 | 40 ac | | bare land | 29,300 | 81% | | SRR | SRR |
| 3 | | | | | | | | | | #DIV/0! | | | |
| 4 | | | | | | | | | | #DIV/0! | | | |
| 5 | | | | | | | | | | #DIV/0! | | | |
| 6 | | | | | | | | | | #DIV/0! | | | |
| 7 | | | | | | | | | | #DIV/0! | | | |
| 8 | | | | | | | | | | #DIV/0! | | | |
| 9 | | | | | | | | | | #DIV/0! | | | |
| 10 | | | | | | | | | | #DIV/0! | | | |
| 11 | | | | | | | | | | #DIV/0! | | | |
| 12 | | | | | | | | | | #DIV/0! | | | |
| 13 | | | | | | | | | | #DIV/0! | | | |
| 14 | | | | | | | | | | #DIV/0! | | | |
| 15 | | | | | | | | | | #DIV/0! | | | |
| 16 | | | | | | | | | | #DIV/0! | | | |
| 17 | | | | | | | | | | #DIV/0! | | | |
| 18 | | | | | | | | | | #DIV/0! | | | |
| 19 | | | | | | | | | | #DIV/0! | | | |
| 20 | | | | | | | | | | #DIV/0! | | | |
| 21 | | | | | | | | | | #DIV/0! | | | |
| 22 | | | | | | | | | | #DIV/0! | | | |
| 23 | | | | | | | | | | #DIV/0! | | | |
| 24 | | | | | | | | | | #DIV/0! | | | |
| 25 | | | | | | | | | | #DIV/0! | | | |
| 26 | | | | | | | | | | #DIV/0! | | | |
| 27 | | | | | | | | | | #DIV/0! | | | |
| 28 | | | | | | | | | | #DIV/0! | | | |
| 29 | | | | | | | | | | #DIV/0! | | | |
| 30 | | | | | | | | | | #DIV/0! | | | |

59

# 2007 Zippel

## Ag & Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study | currrent class | proposed class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.21.13.000<br>18.22.41.000<br>18.23.23.000<br>18.29.11.000<br>17.24.11.000<br>22.07.12.000 | 4/23/07 | R. Gjerdingen to R.R.V., LLC | WD | 693,076 | 975.71 ac | $710 | | 532,400 | 77% | | AG | AG |
| 2 | 18.15.33.000<br>18.16.23.000<br>18.21.11.000<br>18.22.22.000 | 4/23/07 | R. Gjerdingen to Norvel Parsley | WD | 334,061 | 471.58 ac | $708 | | 261,000 | 78% | | AG | AG |
| 3 | 18.28.13.000<br>18.18.12.000<br>18.18.21.000<br>18.18.31.000<br>18.27.11.000<br>18.33.11.000<br>18.33.13.000<br>18.34.11.000<br>18.34.22.000 | 4/23/07 | R. Gjerdingen to Richard Petefish | WD | 1,892,413 | 2312.27 ac | $818 | 2068 sq ft & ag bldgs | 1,518,300 | 80% | | AG | AG |
| 4 | 18.07.14.000<br>18.17.22.000<br>18.32.12.000 | 4/23/07 | R. Gjerdingen to Scott Pieper | WD | 280,450 | 395 ac | $710 | | 217,300 | 77% | | AG | AG |
| 5 | 18.19.12.000 | 4/17/07 | R. Daily to Ivan Potter | WD | 20,000 | 40 ac | $500 | | 25,500 | 128% | | AG | SRR |
| 6 | 18.29.31.000 | 12/21/07 | J. LaValla to Mark Berndt | WD | 72,000 | 80 ac | $900 | | 60,000 | 83% | | TIM | TIM |
| 7 | 18.36.11.001 | 12/19/07 | C. McDaniel to Bradley Hinrichsen | WD | 8,750 | 20 ac | $438 | | 7,900 | 90% | | TIM | AG |
| 8 | 18.36.11.002 | 12/19/07 | C. McDaniel to Edward Hannaman | WD | 8,750 | 20 ac | $438 | | 7,900 | 90% | | TIM | AG |
| 9 | | | | | | | | | | #DIV/0! | | | |
| 10 | | | | | | | | | | #DIV/0! | | | |
| 11 | | | | | | | | | | #DIV/0! | | | |
| 12 | | | | | | | | | | #DIV/0! | | | |
| 13 | | | | | | | | | | #DIV/0! | | | |
| 14 | | | | | | | | | | #DIV/0! | | | |
| 15 | | | | | | | | | | #DIV/0! | | | |
| 16 | | | | | | | | | | #DIV/0! | | | |
| 17 | | | | | | | | | | #DIV/0! | | | |
| 18 | | | | | | | | | | #DIV/0! | | | |
| 19 | | | | | | | | | | #DIV/0! | | | |
| 20 | | | | | | | | | | #DIV/0! | | | |
| 21 | | | | | | | | | | #DIV/0! | | | |
| 22 | | | | | | | | | | #DIV/0! | | | |
| 23 | | | | | | | | | | #DIV/0! | | | |
| 24 | | | | | | | | | | #DIV/0! | | | |
| 25 | | | | | | | | | | #DIV/0! | | | |

68

# 2006 Zippel

## Farm and Timber

| | [redacted] | [redacted] Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | 6/19/06 | K. Senzek to Albert Albrecht | WD | $42,000 | 79.50 ac | $528 | bare land | 40,500 | 96% | |
| [redacted] | [redacted] | 7/12/06 | K. Senzek to Jerome Krohn | WD | $6,050 | 11.07 | $546 | bare land | 5,800 | 96% | |
| [redacted] | [redacted] | 11/2/06 | Kissner Properties to Scott Pieper | WD | $36,000 | 40 ac | $900 | bare land | 22,700 | 63% | |
| [redacted] | | | | | | | | | | #DIV/0! | |
| [redacted] | | | | | | | | | | #DIV/0! | |
| [redacted] | | | | | | | | | | #DIV/0! | |
| 7 | | | | | | | | | | #DIV/0! | |
| 8 | | | | | | | | | | #DIV/0! | |
| 9 | | | | | | | | | | #DIV/0! | |
| 10 | | | | | | | | | | #DIV/0! | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

61

# 2006 Zippel

## Res & SRR

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.50.01.100 | 3/7/06 | J. Klabunde to Paul Haugo etal | WD | 65,000 | 120 ff | | M/H w/screen porch, d/gar | 66,300 | 102% | |
| 2 | 18.08.44.020 | 3/15/06 | R. Ramsey to David House | WD | 205,000 | 300 ff | | 792 sq ft d/gar | 59,200 | 29% | |
| 3 | 18.36.13.010 | 2/28/06 | F. Jones to Steven Jorgenson | WD | 14,000 | | | bare land | 13,800 | 99% | |
| 4 | 18.51.03.060 | 3/27/06 | R. Lofgren to Douglas Olson | WD | 260000 RE<br>5000 PP | 300 ff | | 1280 sq ft d/gar | 238,700 | 92% | |
| 5 | 18.50.01.090 | 6/14/06 | E. Eisterhold to Curtis Olstad | WD | 77,500 | 122 ff | | M/H d/gar | 77,100 | 99% | |
| 6 | 18.50.01.390 | 8/28/06 | M. Dwyer to Joseph Tabory | WD | $222,738.37 RE<br>$12,261.63 PP | 100 ff | | 1120 sq ft large gar | 141,000 | 63% | |
| 7 | 18.08.43.000 | 10/2/06 | P. O'Connell to Jerome Erdahl | WD | 74,900 | 900 ff | | 600 sq ft s/gar | 53,900 | 72% | |
| 8 | 18.51.03.090 | 10/19/06 | T. Hovda to Mitchell Magnusson | WD | 27,000 | 120 ff | | bare lot | 17,300 | 64% | |
| 9 | 18.54.01.010 | 8/29/06 | K. Mills to Christopher Atwater | WD | 35,500 RE<br>12,500 PP | | | M/H | 26,700 | 75% | |
| 10 | 18.15.43.010 | 11/17/06 | Border State Bank to Lynn Hammer | WD | 96,000 | 4.69 ac | | 2052 sq ft D/W Gar/Shop | 101,400 | 106% | |
| 11 | | | | | | | | | | #DIV/0! | |
| 12 | | | | | | | | | | #DIV/0! | |
| 13 | | | | | | | | | | #DIV/0! | |
| 14 | | | | | | | | | | #DIV/0! | |
| 15 | | | | | | | | | | #DIV/0! | |
| 16 | | | | | | | | | | #DIV/0! | |
| 17 | | | | | | | | | | #DIV/0! | |
| 18 | | | | | | | | | | #DIV/0! | |
| 19 | | | | | | | | | | #DIV/0! | |
| 20 | | | | | | | | | | #DIV/0! | |
| 21 | | | | | | | | | | #DIV/0! | |
| 22 | | | | | | | | | | #DIV/0! | |
| 23 | | | | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | #DIV/0! | |
| 25 | | | | | | | | | | #DIV/0! | |
| 26 | | | | | | | | | | #DIV/0! | |
| 27 | | | | | | | | | | #DIV/0! | |
| 28 | | | | | | | | | | #DIV/0! | |
| 29 | | | | | | | | | | #DIV/0! | |
| 30 | | | | | | | | | | #DIV/0! | |

# PROSPER, 2008

## Ag & Timber

| | Parcel number | Date Sold | Seller - Buyer | Deed | Sale Price | Lot Size | Price per ff or acre | Bldg., P.Prop, Class, Loc. | EMV | Ratio | Study | currrent class | proposed class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 16.08.32.010 | 3/7/08 | R. Slocum to Philip Johnson | WD | 29,000 | 19.24 ac | | | 14,400 | 50% | | T | SRR |
| 2 | | | | | | | | | | #DIV/0! | | | |
| 3 | | | | | | | | | | #DIV/0! | | | |
| 4 | | | | | | | | | | #DIV/0! | | | |
| 5 | | | | | | | | | | #DIV/0! | | | |
| 6 | | | | | | | | | | #DIV/0! | | | |
| 7 | | | | | | | | | | #DIV/0! | | | |
| 8 | | | | | | | | | | #DIV/0! | | | |
| 9 | | | | | | | | | | #DIV/0! | | | |
| 10 | | | | | | | | | | #DIV/0! | | | |
| 11 | | | | | | | | | | #DIV/0! | | | |
| 12 | | | | | | | | | | #DIV/0! | | | |
| 13 | | | | | | | | | | #DIV/0! | | | |
| 14 | | | | | | | | | | #DIV/0! | | | |
| 15 | | | | | | | | | | #DIV/0! | | | |
| 16 | | | | | | | | | | #DIV/0! | | | |
| 17 | | | | | | | | | | #DIV/0! | | | |
| 18 | | | | | | | | | | #DIV/0! | | | |
| 19 | | | | | | | | | | #DIV/0! | | | |
| 20 | | | | | | | | | | #DIV/0! | | | |
| 21 | | | | | | | | | | #DIV/0! | | | |
| 22 | | | | | | | | | | #DIV/0! | | | |
| 23 | | | | | | | | | | #DIV/0! | | | |
| 24 | | | | | | | | | | #DIV/0! | | | |
| 25 | | | | | | | | | | #DIV/0! | | | |
| 26 | | | | | | | | | | #DIV/0! | | | |
| 27 | | | | | | | | | | #DIV/0! | | | |
| 28 | | | | | | | | | | #DIV/0! | | | |
| 29 | | | | | | | | | | #DIV/0! | | | |
| 30 | | | | | | | | | | #DIV/0! | | | |

Documents Reviewed

June 2001 Permit Denial for access road
October 2001 Restoration order
US Memorandum in Case No. 02-639 Dated April 25, 2003
Lake of the Woods County Assessors' sales records
Judge Wolkski's Memorandum Opinion Order denying USA motion for summary judgment
Deposition of Gary Bailey Dated December 1, 2004 & March 31, 2008
William Clements appraisal report
Copy of Mr. Bailey's complaint for just compensation
Memorandum opinion and order dated September 25, 2007
Order for judgment dated March 31, 2008

64

PROSPER

PLAT M-1

# SUNNY BEACH




| Lot | Block | |
|---|---|---|
| 1 | 1 | Gary Bailey |
| 2 & 3 | 1 | Dennis Thomson |
| 4, 5 & 6 | 1 | Gary Bailey |
| 7 | 1 | Suzanne Anderson |
| 8 | 1 | David Russell |
| 9 | 1 | Gary Bailey |
| 10 | 1 | Gary Bailey |
| 11 | 1 | Karl Persson |
| 12 | 1 | Gary Bailey |
| 13 | 1 | Gary Bailey |
| 14 | 1 | April Stavig |

65

PROSPER

MAP 12

TOWNSHIP 163 N RANGE 33 W




| | | | | | |
|---|---|---|---|---|---|
| 5- | 1 | Cary Olson | 30- | 1 | Gary Sherlock |
| | | | | 2 | Lorraine Sherlock |
| 6- | 1 | Michael Neumiller | | 3 | Carl Sherlock |
| | 2 | Craig Neumiller | | 4 | Janice Smidt |
| | 3 | Jeffrey Holmes | | 5 | Scott Sherlock |
| | 4 | Rodney Thompson | | 6 | Paul Olson |
| | 5 | Willie Walker | | 7 | Joyce Hornbaker |
| | 6 | Marlan Pearson | | | |
| | 7 | Scott Woidtke | 32- | 1 | Prosper Properties, LLC |
| | 8 | Craig Neumiller | | | |
| | 9 | Jeffrey Fevold | 33- | 1 | Richard Levy |
| | 10 | Michael Simmonds | | 2 | Robert Bondaruk |
| | 11 | Jeffrey Fevold | | 3 | Michael Smith |

66

# SCOTT PAHLEN REALTY, INC.

Your Friends in Real Estate

59516 State Hwy. 11
WARROAD, MN 56763

www.pahlenrealty.com
E-mail: realty@wiktel.com

OFFICE (218) 386-1800
FAX# (218) 386-1817

## Qualifications of Scott Pahlen
## Certified General Real Estate Appraiser

I. Professional Experience

A. Minnesota Real Estate Broker - 25 years (#0445018)
B. Real Estate Appraiser - 20 years
C. Building Contractor -10 years
D. HUD Fee Appraiser - ND (#2012) MN (#2226)
E. VA Fee Appraiser - MN (#570)
F. MN Appraiser License - Certified General (#4000351)
G. Passed MN Appraiser Examination (Level II Certified)
First offered 3/16/91, taken & passed 3/16/91
H. National Association of Realtors Appraisal Section Founding Member

II. Professional Affiliations

A. National Association of Real Estate Appraisers
B. Minnesota Association of Realtors
C. National Association of Realtors

III. Education (partial list)

A. Thief River Falls Area Vocational Technical Institute
- Degree of Occupational Proficiency in Sales & Marketing
- Farm Appraisal Update
- Financial Investment Analysis with the HP-12C

B. Farm and Land Institute
- Establishing Value of Rural Farm Land

C. MAPA
- Bank Examiners and Regulators Perspective
- Capitalization Rates
- Discounted Cash Flow Analysis
- Market Abstraction
- Retail and Shopping Center Trends
- USPAP and You, Departure Guidelines

D. University of Minnesota
- Appraisers Guide to URAR
- Appraising Troubled Properties
- Property Valuation

E. Eastern Iowa Community College & American Institute of Appraisers
- Standards of Professional Practice

F. Minnesota Assessors
- Property Valuation Short Course

G. Intro to Appraisal Principles 101

H. Intro to Appraisal Principles 102

I. Intro to Appraisal Principles 103

J. Appraiser Standards and Ethics 105

K. Appraisal Standards and Ethics 105

IV. Clients Served (Partial List)

1st Federal Bank, Baudette
1st National Bank, Bemidji
1st National Bank, Cold Spring
1st National Bank, Int'l Falls
1st Natl. Bank, Grand Forks
American Federal Savings Bank
Appraisal Management Co., Inc.
Argyle State Bank
AVCO Financial
Badger State Bank
Bank of America
Better Homes & Gardens
Border State Banks
Boise Employees Credit Union, International Falls
Centrust
Citizens State Bank, Roseau
City of Warroad
Crookston National Bank
Evergreen Land Services
Farmers Home Administration
FBS Mortgage
FGB Realty Advisors
First American Banks
First Banks
Fullerton Financial Corp.
Goldome Realty Credit Corp.
Heigl Mtg. & Financial Corp.
Inland Mortgage Corp.
Investor's Savings Bank, Mpls.
Karlstad State Bank
Knutson Mortgage Corp.
Lenders Service, Inc.
Lumberman's Investment Corp.

Metropolitan Federal Bank
MN Dept. of Transportation
National Wildlife Federation
Northwestern Bell Telephone
Norwest Banks
NW State Bank, Hallock
PHH Homeequity
PHH US Mortgage
Preferred Mortgage Corp.
Quintana Petroleum Corp.
Security Pacific
Security State Bank, Warroad
Small Business Administration
Society National Bank
Staples State Bank
Summit Mortgage Corp.
TRW Real Estate Services
Twin City Federal
University of Minnesota
University of North Dakota
Wabanica Products, Inc.
Wells Fargo Banks
Numerous Others...

**Qualifications of Nels Grafstrom**

Licensed Real Property Appraiser

License # AP-20291486

Expires 8/31/2009

Appraisal Courses

Appraisal 101: Introduction to Appraisal Principles I

Appraisal 102: Introduction to Appraisal Principles II

Appraisal 103: Introduction to Appraisal Practices I

Appraisal 104: Introduction to Appraisal Practices II

Appraisal 105: Introduction to Appraisal Standards and Ethics

Appraisal 106: Appraiser's Guide to Residential Construction

Appraisal 107: How to Perform FHA Appraisals

Understanding Septic Systems

Houses: They don't Build 'em like they used to

National USPAP Update 2003, 2005, 2007

...numerous others

Passed State Exam - May 5, 2001

Passed FHA Appraiser Exam - June 23, 2005

Passed Certified Residential Appraiser Exam - December 21, 2007

Other Education

Bachelor of Science, 2000, United States Air Force Academy
Major: Management

Experience

Working as appraiser since August 20, 2001.

70

# STATE OF MINNESOTA

## Department of Commerce

PAHLEN, SCOTT H
59516 STATE HWY 11
WARROAD, MN 56763

**The Undersigned COMMISSIONER OF COMMERCE for the State of Minnesota hereby certifies that**

**SCOTT H PAHLEN**

59516 STATE HWY 11
WARROAD, MN 56763

has complied with the laws of the State of Minnesota and is hereby licensed to transact the business of

**Resident Appraiser : Certified General**

**License Number: 4000351**

unless this authority is suspended, revoked, or otherwise legally terminated. This license shall be in effect until August 31, 2009.

**IN TESTIMONY WHEREOF, I have hereunto set my hand this August 28, 2007.**

Glenn Wilson

**COMMISSIONER OF COMMERCE**

Minnesota Department of Commerce
Licensing Division
85 7th Place East, Suite 500
St. Paul, MN 55101-3165
Telephone: (651) 296-6319
Email: licensing.commerce@state.mn.us
Website: commerce.state.mn.us

**Continuing Education:**

| CE Requirement Type | CE Required Hours |
|---|---|
| Total - Appraiser | 30 |
| USPAP | 7 |

**Notes:**

- **Continuing Education:** 15 hours is required in the first renewal period, which includes a 7 hour USPAP course. 30 hours is required for each subsequent renewal period, which includes a 7 hour USPAP course.
- **Appraisers:** You must hold a licensed Residential, Certified Residential, or Certified General qualification in order to perform appraisals for federally-related transactions. **Trainees do not qualify.** For further details, please visit our website at commerce.state.mn.us.

# STATE OF MINNESOTA

## Department of Commerce

GRAFSTROM, NELS HENRY
33432 COUNTY RD 13
SALOL, MN 56756

**The Undersigned COMMISSIONER OF COMMERCE for the State of Minnesota hereby certifies that**

**NELS HENRY GRAFSTROM**

33432 COUNTY RD 13
SALOL, MN 56756

has complied with the laws of the State of Minnesota and is hereby licensed to transact the business of

**Resident Appraiser : Licensed Residential**

**License Number: 20291486**

unless this authority is suspended, revoked, or otherwise legally terminated. This license shall be in effect until August 31, 2009.

**IN TESTIMONY WHEREOF, I have hereunto set my hand this August 28, 2007.**

Glenn Wilson

**COMMISSIONER OF COMMERCE**

Minnesota Department of Commerce
Licensing Division
85 7th Place East, Suite 500
St. Paul, MN 55101-3165
Telephone: (651) 296-6319
Email: licensing.commerce@state.mn.us
Website: commerce.state.mn.us

**Continuing Education:**

| CE Requirement Type | CE Required Hours |
|---|---|
| Total - Appraiser | 30 |
| USPAP | 7 |

**Notes:**

- **Continuing Education:** 15 hours is required in the first renewal period, which includes a 7 hour USPAP course. 30 hours is required for each subsequent renewal period, which includes a 7 hour USPAP course.
- **Appraisers:** You must hold a licensed Residential, Certified Residential, or Certified General qualification in order to perform appraisals for federally-related transactions. **Trainees do not qualify.** For further details, please visit our website at commerce.state.mn.us.