# Sun Mar Composting Toilets

Easy to Install, No water, No Sewer, No Septic Needed
Easy to Use and Maintain
Environmentally Friendly- No Possible Groundwater Contamination
Ideal Solution for Home, Cabin, Yurt, Artist Studio, Pool Cabana, Barns, R.V's, Boats & Much More

Sun Mar Toilets can be an excellent alternative to conventional commodes where circumstances do not allow for septic systems or water connections. Some have been installed in cabins and homes that have rocky soil that does not permit a septic system drain field or homes in close proximity to lakes, rivers and streams.

Some have chosen them over a conventional flush toilet to avoid septic tank construction that requires the elimination of trees and could contaminate ground or well water used for drinking. Others have wanted to make their home more eco friendly or green.



Others have added them where water and sewer connections are not available such as pool cabanas and barns. The Space Saver Model works well in a small closet or basement for those needing an extra commode in the house but do not want to dig up the foundation for the sewer line required by a conventional toilet.

Whatever your reason for considering a Sun Mar toilet you will find that they are easy to install, use and maintain. You will also be rewarded with rich compost that you may use on your trees and flowers while knowing that you are doing something good for the environment.

Thanks,

Fred W. Tanner
Independent Sun-Mar Dealer
c/o Cedar House Inn & Yurts
6463 Highway 19 North
Dahlonega, GA 30533
(706) 867-9446
info@composttoilets.net

- **Why not purchase a toilet from someone that actually owns one and has used them for over five years. We often provide coaching to our customers after the sale on issues that may arise with usage and maintenance.**

A-133

***We receive calls from individuals who did not purchase from us. If you bought from another dealer please call that dealer for assistance after the sale.***

Why We Use Them

Frequently Asked Questions

Why Sun Mar?

Models to Fit Your Needs
How to Order & Pricing

We use Sun Mar toilets at our bed and breakfast inn



Cedar House Inn & Yurts
Bed and Breakfast
Eco friendly b&b, vegetarian breakfast always available, vegan with advance notice.

KIVA loans that change lives

Site Map Links

Independent Sun-Mar Dealer: 6463 Highway 19 North, Dahlonega, GA 30533 (706) 867-9446

INCINOLET®
ELECTRIC INCINERATING TOILET

INCINOLET:

THE INCINOLET ADVANTAGE



**Click image to enlarge:**




INCINOLET uses electric heat to reduce human waste (urine, solids, paper) to a small amount of clean ash, which is dumped periodically into the garbage. INCINOLET remains clean because waste never touches the bowl surface. A bowl liner, dropped into the bowl prior to use, captures the waste, then both liner and its content drop into the incinerator chamber when the foot pedal is pushed. You can use INCINOLET at any time-even while it is in cycle.



NSF

BBB RELIABILITY PROGRAM BBBONLINE

**A Typical Cycle:**

Incineration cycle is started with the push button. Both heater and blower come on when button is pushed. Heater alternates off and on for a preset period of time, blower continues on until unit has cooled.

Several people may use the toilet in rapid succession. Push the start button after each use to reset the timer.

## INCINOLET vs. Composting Toilets

| | INCINOLET | **Composting Toilets** |
|---|---|---|
| Cleanliness | Paper Bowl Liner contains waste - keeps bowl sparkling clean. | Bowl is not protected - waste can stain and smear bowl surfaces. Waste is visible in some models |
| Odor | Waste is incinerated after each use - keeps bathroom free of odor and flies. | Waste accumulates and decomposes over a 3-6 month period of time - user can see |

A-135

| | | |
|---|---|---|
| | Catalyst within the toilet keeps exhaust odor-free. | accumulated waste and some insects may be attracted. |
| Water | Uses no water. | Some models use water and must be plumbed. |
| Additives | Nothing to add. | Peat moss must be added after every 3-4 uses. Other "food" for microbes must be added from time to time. |
| Residue | Ash produced is germ-free - no restrictions on its disposal. | Compost produced must be put out onto the ground, but cannot be used as fertilizer for food producing plants. Some models drain excess urine out into a pit or an old septic system. |
| Climate | Can be used in any climate and can be left in an unheated environment for long periods of time. | Microbes must be kept warm and must be "fed" from time to time or they die, stopping the composting process and leaving raw sewage in the toilet or composting vault. Waste must be "stirred" periodically. |
| Electrical Requirements | Uses 120 volts (some 240 volt models), at 15 amps. Uses about 1½ kilowatt hour of electricity per cycle. Electric drawn only when toilet is in use. | Electric models use 120 volts. Electricity may be needed all the time, even during off seasons, to operate evaporation fan and heater. |

Click here to download a condensed PDF manual.

Email: sales@incinolet.com • Phone: (214) 358-4238
Toll-Free: 1-800-527-5551 • Fax: (214) 350-7919
Research Products/Blankenship, USA • 2639 Andjon, Dallas, Texas 75220

Copyright © 2006 Research Products/Blankenship, Inc. All rights reserved.