Minnesota Wetland Conservation Act

# WETLAND REPLACEMENT PLAN APPLICATION

## APPLICANT INFORMATION

| | |
|---|---|
| Gary Bailey<br>Name(s) of Applicant | Name(s) Authorized Agent |
| Route 1, Box 103<br>Street Address | Street Address |
| Williams, MN 56686<br>City, State, Zip Code | City, State, Zip Code |
| (218)783-6071 -same-<br>Telephone (Daytime) (Evening) | ( )<br>Telephone (Daytime) (Evening) |

## PROPOSED IMPACTED WETLAND INFORMATION

Location: T 163N R 33W S 21 1/4 SW 1/4 NE
UTM Coordinates: X: ______ Y: ______

County Name/Number: Lake of the Woods/39

Major Watershed Name/Number: Lake of the Woods/80

Wetland type: Circular 39 7 ; NWI PFO1B

Size of entire wetland: 20 acres

Topographic setting (check one):
Shoreland X Riverine ___
Floodplain ___ Flowthrough ___
Tributary ___ Isolated ___

Check one: ☐ <50% ☐ 50%-80% or ✓ > 80%
Check one: ☐ Agricultural land; ✓ Non-ag. land
Minimum replacement ratio(check one): ✓ 1:1 ☐ 2:1

Size of total wetland impact: 2.9 acres

Minimum replacement needed: 5.8 acres

Estimated size of surface water drainage into wetland: 25 acres
If the wetland is within a shoreland wetland protection zone or the floodplain of a watercourse, list the distance and direction to the waterbody or watercourse: 300+ feet in a NE direction.

List the dominant vegetation and land use in the impacted wetland area (ex. willows, cattails, grass, sedges, open water/pasture, row crop, etc.): Black Ash, Poplar

**Attach the following information:**

(1) A recent **aerial photograph or accurate map** of the impacted wetland area showing:
  a. the location, extent, and purpose of the proposed wetland fill or drainage;
  b. the location of any surface inlets or outlets draining into or out of the wetland;
  c. the land use within the immediate watershed within one mile of the impacted wetland. Or, include a written description that notes the presence and location, if any, of wetland preservation regions and areas, wetland development avoidance regions and areas, and wetland deficient regions and areas as identified in the comprehensive water plan;

(2) A **soils map** of the site;

(3) **Evidence of ownership** or rights to the affected area (or otherwise demonstrate to the LGU);

(4) A description of the **avoidance and minimization** alternatives considered; and

(5) Any **other information** required by the LGU, e.g. delineation report.

## PROPOSED PROJECT DESCRIPTION

Describe the nature and purpose of the proposed project: 1/4 mile long road into property for access purposes. The road has already been completed.

Timetable: project will begin on ___/___/___ (mo/day/yr) and will be completed by ___/___/___

## PROPOSED MITIGATION INFORMATION

Mitigation will be accomplished as follows (check one):

✓ **Project-specific replacement only.** Complete all information below.

☐ **Purchase of Wetland Banking Credits only.** Attach Application for Withdrawal of Wetland Credits (Exhibit J); **do not** complete project-specific information below, and skip to "Special Considerations" on Page 4.

☐ **A combination** of the project-specific replacement and purchase of banking credits. Complete information below for project-specific mitigation, and attach Application for Withdrawal of Wetland Credits (Exhibit J) for credit information.

☐ *Check here if excess credits are anticipated from project-specific replacement above the required minimum mitigation ratio, and those credits are to be deposited into the Minnesota Wetland Bank, following Minnesota Wetland Bank procedures.*

**Attach the following information:**

(1) **A recent aerial photograph or accurate map** of the mitigation site showing:
   a. The location of the mitigation site;
   b. The location of any surface inlets or outlets draining into or out of the wetland;
   c. The land use of the immediate watershed within one mile of the mitigation wetland;
   Or include a written description that also notes the presence and location, if any, of wetland preservation regions and areas, wetland development avoidance regions and areas, and wetland deficient regions and areas as identified in the comprehensive water plan;

(2) **Scale drawings** of the replacement wetland showing plan and profile views and fixed photo-reference points for monitoring purposes;

(3) **Evidence of ownership** or rights to the land affected by the proposed mitigation wetland, which includes, but is not limited to, the following; title to the land, fee owner, marital status, mortgages, and other interests in the land;

(4) **A soils map** of the mitigation site;

(5) **A monitoring plan**; and

(6) Any other information required by the LGU.

**Provide the following information:**

(7) Describe how the replacement wetland shall be constructed, for example, excavation or restoration by blocking an existing tile; the type, size, and specifications of outlet structures; elevations, relative to Mean Sea Level or established bench mark, of key features, for example, sill, emergency overflow, and structure height; and best management practices that will be implemented to prevent erosion or site degradation:

The created wetland will be excavated to an average maximum depth of 3 feet, with an undulating bottom. The shoreline will be irregular with a maximum slope of 7:1. The edges and side slopes of the basin will be top dressed with stockpiled organic material. The middle of the ponded area will be left free of organic material to ensure some open water area. The drainage ditch on the south side of the project site will be pushed in with fill. A spillway will be constructed that would divert water back into the ditch in the event of flooding. The water source for the wetland will be surface run-off as well as sub-surface sources. Construction shall effectively create a minimum of 2.9 acres of wetland area and will be completed no later than 10/31/99.

(8) For created wetlands only, list additional soils information sufficient to determine the capability of the site to produce and maintain wetland characteristics: See attatched soils information.

(9) List all other local, state, and federal permits and approvals required for the activity.

USACOE 404 Permit

Lake of the Woods County Shoreland Ordinance

## PROPOSED PROJECT-SPECIFIC MITIGATION INFORMATION

***Replacement Site 1:***

Location: T 160N R 33W S 27 1/4 NE 1/4 SE

UTM Coordinates: X: ______ Y: ______

County Name/Number: Lake of the Woods/39 Major Watershed Name/Number: Rainy River/79

Check one: ☐ <50% ☐ 50%-80% or ✓> 80%

Pre-existing Wetland (if any): ______ Acres of Type ______ (Circular 39)
(Complete table below for credits resulting from successful construction.)

Topographic setting (check one):

| | | | |
|---|---|---|---|
| Shoreland | | Riverine | |
| Floodplain | | Flowthrough | |
| Tributary | | Isolated | X |

Replacement ratio:

| | |
|---|---|
| Minimum: | 1:1 |
| +Out-of-kind: | 1:1 |
| +Topo. Setting: | 1:1 |
| +Local Public Value: | |
| =**Required Ratio:** | 2:1 |

Estimated size of surface water drainage into proposed mitigation wetland: 80 acres

If the mitigation wetland is within a shoreland wetland protection zone or the floodplain of a watercourse, list the distance and direction to the waterbody or watercourse: ______ feet in a ______ direction.

List the dominant vegetation and land use in the proposed mitigation wetland area (ex. willows, cattails, grass, sedges, open water/pasture, row crop, etc.): Abandoned gravel pit.

***Replacement Site 2:***

Location: T 160N R 33W S 26 1/4 NE 1/4 NE

UTM Coordinates: X: ______ Y: ______

County Name/Number: Lake of the Woods/39 Major Watershed Name/Number: Rainy River/79

Check one: ☐ <50% ☐ 50%-80% or ✓> 80%

Pre-existing Wetland (if any): ______ Acres of Type ______ (Circular 39)
(Complete table below for credits resulting from successful construction.)

Topographic setting (check one):

| | | | | | |
|---|---|---|---|---|---|
| Shoreland | | Riverine | | Floodplain | |
| Flowthrough | | Tributary | | Isolated | X |

Estimated size of surface water drainage into proposed mitigation wetland: 200 acres

If the mitigation wetland is within a shoreland wetland protection zone or the floodplain of a watercourse, list the distance and direction to the waterbody or watercourse: ______ feet in a ______ direction.

List the dominant vegetation and land use in the proposed mitigation wetland area (ex. willows, cattails, grass, sedges, open water/pasture, row crop, etc.): Previously resotored gravel pit creating a type 3 wetland consisting of grasses, cattails, sedges, and open water areas, that was approved in 1994 for partial mitigation in this project.

CREDITS THAT WILL RESULT
FROM SUCCESSFUL COMPLETION OF REPLACEMENT PLAN

| Credit Sub-Group[1] | NWC Acres or Sq. Ft. | PVC Acres or Sq. Ft. | Wetland Type[2] | Topo. Setting[3] | Restoration or Creation |
|---|---|---|---|---|---|
| A. New | 2.9 | | 3 | Isolated | Creation |
| B. PVC | | 2.9 | 3 | Isolated | Previously Created |
| C. | | | | | |
| D. | | | | | |
| Totals: | 2.9 | 2.9 | 3 | Isolated | Creation |

☐ Check here if additional credit sub-groups are part of this replacement plan and are listed on an attachment to this document.
[1] A separate credit sub-group shall be established for each wetland or wetland area that has different wetland characteristics.
[2] Circular 39 types: 1, 1L, 2, 3, 4, 5, 6, 7, 8, B, U.
[3] Topographic setting types: shoreland, riverine, floodplain, flow-through, tributary, isolated.

**Special Considerations**

To the best of the applicant's knowledge, are any of the following factors applicable at the impact or replacement site? Note whether present or not by indicating as follows: Impact Site (I), Replacement Site (R), Both (B), Neither (N).

1. Federal or state-listed endangered species N
2. Rare natural communities N
3. Special fish and wildlife resources including:
   a. Fish passage and spawning areas N
   b. Colonial waterbird nesting colonies N
   c. Migratory waterfowl concentration areas N
   d. Deer wintering areas N
   e. Wildlife travel corridors N
4. Archaeological or historic sites N
5. Ground water sensitive areas N
6. Sensitive surface waters (e.g., DNR designated trout waters) N
7. Educational or research sites N
8. Waste disposal sites N
9. Is the project consistent with local plans (e.g., watershed management plans, land use plans, zoning and master plans)? B
10. Is the project part of a pollutant trading agreement with the MPCA? ___ Yes X No

**Replacement Assurance and Sworn Statements**

Gary Bailey (Applicant) states by signature below that:

1. The wetland will be replaced before or concurrent with the actual draining or filling of a wetland, OR; an irrevocable bank letter of credit or other security acceptable to the local government unit has been provided to guarantee the successful completion of the wetland value replacement; AND,
2. The replacement wetland was not previously restored or created under a prior approved replacement plan; AND,
3. The replacement wetland was not drained or filled under an exemption during the previous ten years; AND,
4. The replacement wetland was not restored with financial assistance from public conservation programs, unless the replacement wetland qualifies under Minn. Rules Chapter 8420.0540, Subp.2.D.(3) [☐ check here if applicable]; AND,
5. The replacement wetland was not restored using private funds other than those of the landowner unless the funds are paid back with interest to the individual or organization that funded the restoration and the individual or organization notifies the local government unit in writing that the restored wetland may be considered for replacement [☐ check here if applicable]; AND,
6. The Declaration of Restrictions and Covenants for the replacement wetland will be recorded, or Application for Withdrawal of Wetland Credits will be completed, prior to any work to impact any wetlands. I hereby affirm that the information above is correct and truthful to the best of my knowledge.

Gary P. Bailey 5-19-99
(Applicant Signature) (Date)

*Note: Any approval is not effective until all conditions above are satisfied and signatures below are complete. No work may begin until the 15-day appeal window has lapsed, or, in the event of an appeal, until the appeal has been finalized.*

**FOR LGU USE ONLY**

A.) Replacement Plan is (check one): ☐ Approved ☐ Approved with Conditions (Attach conditions) ☐ Denied

(LGU Official Signature) (Date)

B.) LGU has received evidence of title and proof of recording of Declaration of Restrictions and Covenants:

(County where recorded) (Date recorded) (Document # assigned by recorder)

(LGU Official Signature) (Date)

Lake of the Woods County Environmental Services

# NOTICE OF WETLAND CONSERVATION ACT APPLICATION FOR IMPACTS >10,000 SQUARE FEET

MAY 21 1999

***Name of Applicant:*** Gary Bailey

***Application Number:*** 98-02R

***Type of Application (check one):*** ☐ Exemption ✓ Replacement Plan ☐ No Loss ☐ Banking Plan

***Date of Application:*** May 19, 1999

***Location of Project:*** NE 1/4 SE 1/4 21 Sec. 163N Twp. 33W Range

***Summary of Project:***

This is a re-submittal, with modifications, of a previous application which was in response to a WCA violation. Respondent's concerns have been addressed and built into the replacement plan. Mr. Bailey has constructed a new road on his property impacting 2.9 acres of type 7 wetland. Since the impacts occurred in a shoreland area, the required replacement ratio is 2:1. He proposes to mitigate for these impacts by creating 2.9 acres of type 3 wetland and applying 2.9 additional acres of Public Value Credits from a prior approved gravel pit restoration creating a type 3 wetland. Ownership of project and mitigation sites has been properly demonstrated by the landowner. A monitoring plan is being developed with the landowner in compliance with WCA statutes. Fixed photo-reference points will be selected upon completion.

***List of Addressees:***

Gary Bailey, landowner
TEP members:
    Brian Dwight, BWSR Board Conservationist
    Gary Lockner, Lake of the Woods County Environmental Services Director
    Les Lemm, Lake of the Woods SWCD
Paul Swenson, DNR Regional Administrator
Doug Norris, DNR Wetlands Coordinator, Ecological Services. St. Paul Office
Jeff Koschak, U.S. Army Corps of Engineers

You are hereby notified that the above-referenced application was made on the date stated above. A copy of the Application is attached. Comments will be accepted on this application until June 10, 1999.

***Date of mailing of this Notice:***
May 20, 1999 *By:* Les Lemm

*Title:* Resource Specialist, Lake of the Woods SWCD

Lake of the Woods Environmental Services
P.O. Box 808, Baudette, MN 56623

# NOTICE OF WETLAND CONSERVATION ACT DECISION

*Name of Applicant:* Gary Bailey

*Application Number:* 98-02R

*Type of Application (check one):*

- Exemption Decision
- No Loss Decision
- ✓ Replacement Plan Decision
- Banking Plan Decision

*Date of Decision:* 6/17/1999

*List of Addressees:*
Gary Bailey, landowner
TEP members:
Brian Dwight, BWSR Board Conservationist
Gary Lockner, Lake of the Woods County Environmental Services Director
Les Lemm, Lake of the Woods SWCD
Paul Swenson, DNR Regional Administrator
Doug Norris, DNR Wetlands Coordinator, Ecological Services St. Paul Office
Jeff Koschak, U.S. Army Corps of Engineers

You are hereby notified that the decision of the Local Government Unit to accept the replacement plan of the above-referenced application was made on the date stated above. The Local Government Unit's findings were included with the Replacement Plan Application. Pursuant to Minn. R. 8420.0250 any appeal of the decision must be commenced by mailing a petition for appeal to the Minnesota Board of Water and Soil Resources within fifteen (15) days of the date of the mailing of this Notice.

*Date of mailing of this Notice:* 6/17/1999
*By:* Gary Lockner
*Title:* LOW County Environmental Services Director

Jeff:
For WCA purposes, the decision on Bailey's replacement plan had to be made by June 20th. I have the name of the final lot ~~owner~~ owner and will find out the lot #'s and send the info to you within the next few days.
Thanks
Les Lemm

JUN 21 1999