# APPROACH PERMIT APPLICATION

DATE: 8-27-96




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH 40' FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ______ FT.

DIMENSION "C": DIAMETER OF CULVERT 24" IN.

DIMENSION "D": LENGTH OF CULVERT ______ FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: South of Sandy Shores

ROAD NUMBER: ______

NAME: GARY BAILEY

ADDRESS: ______

PHONE: 783-6071

PROPERTY OWNER'S SIGNATURE [signature]

Picked up 8-31-98 by Mark LaValla

Pd 8-27-98 Could we deliver to ?
going to Sandy Shores?

## COUNTY DATA:

APPROVED: VB. INSTALLED: INSPECTED:

DATE PAID: PICKUP DATE/PERSON:

**EXHIBIT 21**

A-208

AUG 2 1999

# APPROACH PERMIT APPLICATION

DATE: 7/26/1999




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ______ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ______ FT.

DIMENSION "C": DIAMETER OF CULVERT 18 IN.

DIMENSION "D": LENGTH OF CULVERT 30 FT.

DIMENSION D = B * 6 + A plastic pipe

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: Sandy Shores (Sunday Beach Lot 7)

ROAD NUMBER: ______

NAME: Matt Anderson

ADDRESS: 70 River Oaks Drive Roseau, MN 56751

PHONE: 218-463-2175

PROPERTY OWNER'S SIGNATURE [signature]

COMMENTS: ______

## COUNTY DATA:

APPROVED: [initials] INSTALLED: ______ INSPECTED: ______

DATE PAID: ______ PICKUP DATE/PERSON: ______

# APPROACH PERMIT APPLICATION

DATE: 8/11/99




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ______ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ______ FT.

DIMENSION "C": DIAMETER OF CULVERT 18 IN.

DIMENSION "D": LENGTH OF CULVERT 30 FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: Sunny Beach Plat

ROAD NUMBER: Sandy Shores Drive South

NAME: Jamie Gowdy

ADDRESS: P.O. Box 1130, Brainerd, MN 56401

PHONE:

PROPERTY OWNER'S SIGNATURE [signature]

COMMENTS:

| | |
|---|---|
| $ 54.50 | 1-10' x 18" |
| 109.00 | 1-20' x 18" |
| 8.18 | 1-18" Band |
| 8.58 | Hdlng Fee |
| 11.72 | Tax |
| $191.98 | |

## COUNTY DATA:

APPROVED: WS INSTALLED: INSPECTED:

DATE PAID: PICKUP DATE/PERSON:

Pd 8-27-99

# APPROACH PERMIT APPLICATION

DATE: 6/3/99




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ______ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ______ FT.

DIMENSION "C": DIAMETER OF CULVERT 18 IN.

DIMENSION "D": LENGTH OF CULVERT 30 FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: Lot #9, Sunny Beach Plat (163-33-21)

ROAD NUMBER: Sandy Shores Drive South

NAME: ~~Raymond~~ Raynard Lundgren

ADDRESS: Route 1, Box 78, Roseau, MN 56751

PHONE: 218-463-1683

PROPERTY OWNER'S SIGNATURE Raynard Lundgren

COMMENTS: ______

## COUNTY DATA:

APPROVED: 6/8/[illegible] INSTALLED: ______ INSPECTED: ______

DATE PAID: 6-8-99 PICKUP DATE/PERSON: 6-10-99 / Rex Black

Pd 182.83 6-8-99. To be picked up by Det B.

# APPROACH PERMIT APPLICATION

MAY 27 1999

DATE: 5/21/99




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ______ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ______ FT.

DIMENSION "C": DIAMETER OF CULVERT 18 IN.

DIMENSION "D": LENGTH OF CULVERT 30 FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: Lot #11, Sunny Beach Plat

ROAD NUMBER: Sandy Shores Drive South

NAME: Karl Persson

ADDRESS: 9005 Iffert Avenue NE - Monticello, MN 55362

PHONE: ______

PROPERTY OWNER'S SIGNATURE Karl J. Persson

To Pick up on Friday, June 18

30'x18" $163.50
Hdlng Fee 8.18
Tax 11.16
$182.84

## COUNTY DATA:

APPROVED: WS INSTALLED: ______ INSPECTED: ______

DATE PAID: ______ PICKUP DATE/PERSON: ______

Appt 6-8-99

Pd 6-18-99

APPROACH PERMIT APPLICATION

DATE: 9/3/99




APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ______ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ______ FT

DIMENSION "C": DIAMETER OF CULVERT 18 IN.

DIMENSION "D": LENGTH OF CULVERT 30 FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY

APPLICANT DATA:

PROPERTY DESCRIPTION: Lot #8, Sunny Beach Plat

ROAD NUMBER: Sandy Shores Drive South

NAME: David Russell

ADDRESS: 1808 E. Lakeshore dr. Wonder Lake IL 6009[illegible]

PHONE: 815 728.0196

PROPERTY OWNER'S SIGNATURE David W. Russell

COMMENTS:

COUNTY DATA:

APPROVED: BH INSTALLED: INSPECTED:

DATE PAID: PICKUP DATE/PERSON:

# APPROACH PERMIT APPLICATION

DATE: 7/28/1999

AUG 16 1999




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH 26 FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL 4 FT.

DIMENSION "C": DIAMETER OF CULVERT 18 IN.

DIMENSION "D": LENGTH OF CULVERT 30 FT.

DIMENSION D = B * 6 + A

18"x30' $163.50
Handling Fee 8.18
Tax 11.16
$182.84

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: LOTS #2 & #3 SUNNY BEACH Rd

ROAD NUMBER: #2 Sunny Beach Rd, WILLIAMS, MN

NAME: Dennis Thomson

ADDRESS: P O Box 597; Warroad, MN 56763

PHONE: Home (218)386-3113 work (218)386-2453

PROPERTY OWNER'S SIGNATURE Dennis J Thomson

COMMENTS: This is in the south end of the Lake of the Woods by Sandy Shores.

## COUNTY DATA:

APPROVED: WB INSTALLED: INSPECTED:

DATE PAID: PICKUP DATE/PERSON:

* CAREFUL INSTALLATION IS REQUIRED WITH POLY CORRUGATED PIPE AS IT IS FLEXIBLE AND ENDS HAVE TENDENCY TO POP UP DURING BACKFILLING WHICH RESTRICTS FLOW!

# APPROACH PERMIT APPLICATION

DATE: May 14, 1999




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ____ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ____ FT.

DIMENSION "C": DIAMETER OF CULVERT 18" IN.

DIMENSION "D": LENGTH OF CULVERT ~~30~~ FT. 26' WB

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: Sunny Beach Plat Section 21, T-163-N, R-33-W Lot # 12

ROAD NUMBER: Sandy Shores Drive South

NAME: Michael Washburn

ADDRESS: 2815 South 17th Street - Apt #201 701/746-7824

PHONE: Grand Forks, ND 58201

PROPERTY OWNER'S SIGNATURE Michael R. Washburn
Michael R. Washburn

## COUNTY DATA:

APPROVED: ____ INSTALLED: ____ INSPECTED: DC

DATE PAID: ____ PICKUP DATE/PERSON: ____

Pd and Picked up by Rot Blockw 5-26-99

APPROACH PERMIT APPLICATION

DATE: 6/3/99




APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ______ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ______ FT.

DIMENSION "C": DIAMETER OF CULVERT 15" IN. or 18"

DIMENSION "D": LENGTH OF CULVERT 26 FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

APPLICANT DATA:

PROPERTY DESCRIPTION: Lot #20, Block 1 - Sandy Shores (163-33-21)

ROAD NUMBER: Sandy Shores Drive

NAME: Bob Welin

ADDRESS: HCR Box 9, Roseau, MN 56751

PHONE: Bob Welin 463-427✓

PROPERTY OWNER'S SIGNATURE Bob Wel

COMMENTS:

COUNTY DATA:

APPROVED: [signature] INSTALLED: INSPECTED:

DATE PAID: 6-10-99 PICKUP DATE/PERSON: 6-10-99 / Rex Block

$119.60
5.98
8.16
133.74

# APPROACH PERMIT APPLICATION

MAY 24 1999

DATE: May 17, 1999




## APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ~~20~~ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL ~~2~~ FT.

DIMENSION "C": DIAMETER OF CULVERT 18 ~~12~~ IN.

DIMENSION "D": LENGTH OF CULVERT 26 (30) ~~28~~ FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

## APPLICANT DATA:

PROPERTY DESCRIPTION: Lot 13 Block 1 Sunnybeach

ROAD NUMBER: Sandy Shores Drive, Lot 13

NAME: Tom Woitalla

ADDRESS: 16723 59th Street N.E.
Elk River, MN 55330

PHONE: 612 428 4709

PROPERTY OWNER'S SIGNATURE Thomas Woitalla

18"x30'
Pipe $163.50
Hdlng 8.18
Tax 11.16
$ 182.84

## COUNTY DATA:

APPROVED: [signature] INSTALLED: INSPECTED:

DATE PAID: PICKUP DATE/PERSON:

Copy sent to Tom W. 6-1-99
Pd 6-18-99

TO CHECK ON MONDAY 5-17-99

APPROACH PERMIT APPLICATION

DATE: 5-14-99




APPROACH CROSS-SECTION DATA:

DIMENSION "A": TOP WIDTH OF APPROACH ______ FT.

DIMENSION "B": MAXIMUM HEIGHT OF FILL 1.3 Ditch ~~2.0~~ 2.3 road FT.

DIMENSION "C": DIAMETER OF CULVERT 18" IN.

DIMENSION "D": LENGTH OF CULVERT 30 FT.

DIMENSION D = B * 6 + A

FOR SNOWPLOWING, DIMENSION "A" SHALL BE A MINIMUM OF 20 FT.

DIMENSION "C", CULVERT DIAMETER, IS DETERMINED BY THE COUNTY.

APPLICANT DATA:

PROPERTY DESCRIPTION: SANDY SHORES 5th addition (SUNNY BEACH)

ROAD NUMBER: LOT ~~3~~ 4, 5, 6

NAME: DAVID J. WOLF

ADDRESS: P.O. 128, JORDAN MN 55352

PHONE: 612-492-2271

PROPERTY OWNER'S SIGNATURE [signature]

Per Rex: Wolf provided his own pipe (18"x30') new.

COUNTY DATA:

APPROVED: DC INSTALLED: INSPECTED: [initials]

DATE PAID: PICKUP DATE/PERSON:

A-218