**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Gary Bailey,

Plaintiff,

v.

The United States,

Defendant.

CERTIFICATE OF SERVICE

Civil No. 02-1078L
Honorable Victor J. Wolski

I hereby certify that on August 7, 2008, I caused the following documents:

Memorandum in Opposition to Defendant's Motion for Summary Judgment, Affidavit of Gary Bailey, Affidavit of Alan B. Fish and Plaintiff's Proposed Findings

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James David Gette
james.gette@usdoj.gov, efile_nrs.enrd@usdoj.gov

Dated: August 7, 2008

s/ Gayle L. Petrowski
Gayle L. Petrowski

C:\clients\BAILEY V. USA TAKINGS.02\SUMMARYJUDGMENT.068\AUG 7 2008 FILING\CERTIFICATE OF SERVICE.068.wpd