## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **GARY BAILEY** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 02-1078L** |
| **v.** ) | |
| ) | |
| **THE UNITED STATES OF AMERICA** ) | **Hon. Victor J. Wolski** |
| ) | |
| **Defendant.** ) | |
| ) | |

### JOINT STATUS REPORT AND MOTION TO CONTINUE THE STAY

Pursuant to the Court's Order of July 7, 2014, the parties hereby submit the following joint status report.  The parties have conferred and continue to discuss the possibility of settlement in this case.  At this time, the parties believe that a short, additional period for settlement discussions may prove productive.  Accordingly, the parties move jointly to continue the stay of proceedings in this matter by 60 days, to and including Friday, November 7, 2014.  The parties propose to submit a further joint status report on Monday November 10, 2014, updating the court on the progress of settlement discussions and proposing a schedule for further proceedings in the case at that time.

Submitted respectfully this 8th day of September 2014,

SAM HIRSCH
Acting Assistant Attorney General

s/ Alan B. Fish
ALAN B. FISH
Alan B. Fish, P.A.
Attorneys at Law
102 2nd Ave. N.W.
Roseau, MN 56751
Telephone: 218-463-2088
Facsimile: 218-463-2099
alanfishlaw@yahoo.com

s/ Joshua P. Wilson
JOSHUA P. WILSON, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street NW, Room 3146
Washington, DC 20004
Telephone: 202.305.0482
Facsimile: 202.305.0506
joshua.wilson@usdoj.gov

*Counsel for Plaintiff*

*Counsel for the United States*

Service by e-filing